| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 8/3/09 | 8:40 | Amy | Dollar General | | trash barrels are overflowing especially with pizza boxes. Please have them emptied 1st thing Mon's & last thing Fri's to keep up. | Vicki G. / Mike Basch @ Reliakor | called Mike @ Reliakor. He'll try to rearrange the schedule for 1st thing Mon's and last thing Fri's. Also, if we need anotehr pick up on weekends, $10-$15, we should let him know. | phone | vg |
| 75833 | 8/3/09 | 8:12 | Sue Persun | Pioneer cleaning | | toilet leaking in 1st floor ladies room & soap dispenser ripped off wall. Someone tried to put it back and it's crooked & loose. Urinal in 1st floor men's room running too long. | Gregg | sent email | email | ck |
| 375 | 8/3/09 | 10:07 | Ruth | Froedtert | 414-777-0035 | finance area, office 112 is too hot | Dean | sent via angus | angus | ck |
| 374 | 8/3/09 | 12:30 | Aida | Froedtert | | light out by her desk and chair squeaks. Fix today? | Dean | sent via angus | angus | ck |
| 371 | 8/3/09 | 12:30 | Rita | Sattell | | corner of wallpaper coming down in conferenece room. | Dean | sent via angus | email | ck |
| 308 | 8/4/09 | 8:23 | Michael | eImprovements | | need phone room opened right away for TDS to do some emergency work. | JB Facilities | sent via internet | email | ck |
| 308 | 8/4/09 | 2:56 | Margaret Mogenson | DSMI | 262-898-8405 | it's been a month or so the 1st stall in the upstairs restroom is locked, clogged? Also there hasn't been any paper toweling in that restroom either for some time | JB Facilities | sent via internet | email | ck |
| 75833 | 8/5/09 | 6:56 | Sue Persun | Pioneer cleaning | | 1st floor men's restroom door hinge on a stall is coming out. | Gregg | sent via email | email | ck |
| 147 | 8/5/09 | 8:00 | Cathy O | Plaza 173 | | reports that night time outdoor lights aren't turning in time, sometime during the 9 o'clock hour sometime | Joe | to be fixed today | person | ck |
| 375 | 8/5/09 | 10:01 | Sara | Froedtert | 414-777-5010 | door handle on the 2nd floor that goes from the elevators to the west side of the building is loose | Dean | sen via angus | angus | |
| 77477 | 8/5/09 | 11:13 | Denise | Jazzercise | 262-554-9411 | having problems hinge? With one of the front doors and the lock is sticking really bad. | Tim Ahles | called | phone | ck |
| 375 | 8/5/09 | 1:25 | Ruth Jeffords | Froedtert | 414-777-0035 | only 1 elevator car is working. | Dean S. | sent via angus | angus | vg |
| 376 | 8/5/09 | 1:46 | Facilities Coordination | Metavante | 414-357-3000 | grinding noise in celiling vent near cube W1101. please send someone to fix it. | Dean S. | sent via angus | angus | vg |
| 347 | 8/5/09 | 4:28 | Vicki Berka-Davis | Bader Rutter @ Pinn III | 262-938-5503 | please destroy access card #6676 - it was lost; Add Lisa Frymark to card #4325. | Gregg | sent via angus 8/6 @ 8:40am | angus | vg |
| 75409 | 8/6/09 | 8:06 | Stephanie Katzman | Allstate | 608-798-5636 | sink in women's restroom leaking underneath. Can someone take a look? | Sauk Plumbing | 8:45 Sauk can't get there until early afternoon. VG emailed Stephanie; is a bucket needed to cath drips or is it just a puddle on the floor? 10:09 UPDATE: Bucket under sink but not very full. OUT OF ORDER sign put up in case it only leaks when it's used. | email | vg |
| 375 | 8/6/09 | 8:30 | Sara Polivka | Froedtert @ 400 WP | 414-777-5010 | has anyone called about the wst elevator not working? | Dean | records show we sent angus to Dean 8/5 around 2:30. Schindler Elevator expected this morning (maybe around 9AM). | phone | vg |
| 375 | 8/6/09 | 9:21 | Ruth Jeffords | Froedtert | 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 | trash isn't getting emptied at some desks. Today..1st Fl NW side, Angela Prohaska. & reports of excrement under toilet seats. | Christy | sent message to Jorge, he'll take care of it all this morning (day porter) told Ruth.. | email | ck |
| 374 | 8/6/09 | 1:15 | Denise Cocroft | Wells Fargo @ 200 WP | 414-973-6768 | clogged sink southside ladies bathroom | Dean S. | sent via angus to Dean | angus | vg |
| 376 | 8/6/09 | 11:58 | Metavante | | | HVAC, received a report that there's a rattling noise in vent above W2225, 2nd floor | Dean | sent via angus | angus | ck |
| 375 | 8/6/09 | 12:37 | Sara | Froedtert | | Doors off the elevator on 2nd floor aren't locking | Dean | sent via angus | angus | ck |
| 103 | 8/7/09 | 9:00 | Amy | Dollar General | | trash not emptied yet in front of store, please do before the weekend rush | Vicki G. / Mike Basch @ Reliakor | VG talked to Mike to send someone over today. | phone | ck |
| 336 | 8/7/09 | 1:43 | Karen McCord | Sun Life Financial @ Pinn I | 262-641-4030 x221 | the light above her desk is flickering | Gregg L. | sent via angus | angus | vg |
| 374 | 8/10/09 | 7:49 | Lori Paul | Wells Fargo @ 200 WP | 414-577-7250 | sewer smell in ladies room, especially the last toilet | Tim | sent via angus | email | ck |
| 374 | 8/10/09 | 7:51 | Jackie Bach | Wells Fargo @ 200 WP | 414-973-6761 | Employee Patricia Jaske, H12623 11108266-1 access card doesn't work at all | Tim | sent via angus | email | ck |
| 374 | 8/10/09 | 9:00 | Janet | Strategem | 262-532-2700 | 4 ceiling tiles should be replaced today before 12:30. Told Dean awhile ago. Now important people will be there today | Tim | sent via angus | phone | ck |
| 374 | 8/10/09 | 11:20 | Jackie Bach | Wells Fargo @ 200 WP | | faucet head is loose, spraying. Please tighten | Tim | sent to email, angus isn't loading up | email | ck |
| 376 | 8/10/09 | 11:54 | Ward | Metavante | 414-371-4986 | Request to have A/C left on for the evening of Friday 21 - 22 3:00 Wealth Management Dept. will be working for a major install. Near W1101 | Tim | sent via angus | phone | ck |
| 376 | 8/10/09 | 11:54 | Ward | Metavante | 414-371-4986 | W1188 is very warm. Please adjust A/c | Tim | sent via angus | phone | ck |
| 376 | 8/10/09 | 1:05 | Sandy | Metavante | 414-357-3000 | Wanting Update on 8/6 call re:HVAC, received a report that there's a rattling noise in vent above W2225, 2nd floor | Tim R. | spoke with Tim. He knows part needs to be ordered. VG called Sandy to explain. | phone | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 376 | 8/10/09 | 1:05 | Sandy | Metavante | 414-357-3000 | water leaking out of ceiling tile right outside 03009. it is dripping at a fast rate. This area has leaked in the past; please repair. | Tim R. | Sent to Tim via angus & spoke with him. DON'T TELL SANDY BUT The HVAC unit belongs to them; if it's the HVAC unit, they have to call to have it fixed. He'll go check it out to see if it's a roof issue because of rain we had this weekend. | PHONE / ANGUS | vg |
| 307 | 8/10/09 | 1:54 | Melinda Anchondo | Dete Development | 262-697-8700 | Need phone room access for AT&T from today thru Wed. 6pm | JB Facilities | sent via internet, JB Facilities approved. | email | ck |
| 375 | 8/11/09 | 8:09 | Sara | Froedtert | 414-777-5010 | alarm going off in elevator since at least 7:45 this morning. Hopes no one is in elevator. | Tim R. | called Tim; he's silenced the alarm & called for service | phone | vg |
| 75833 | 8/11/09 | 7:45 | Sue Persun | Pioneer cleaning | | 1st floor men's room soap dispenser is off mirror. Garbage can in really loose, ready to fall off wall | Gregg | sent to email. Done | email | ck |
| 374 | 8/11/09 | 9:52 | Lori Paul | Wells Fargo @ 200 WP | | add Craig Van Kauwenberg 12685, Corey Livingston 83 to 24/7 access | Tim | sent to angus | email | ck |
| 75409 | 8/11/09 | 1:20 | Michelle Gagnon | Allstate | 608-798-5605 | burning smell by window area of main hallway on south end of bldg. | Francisco / Capitol Automation | Francisco cannot smell anything (bad sense of smell); suggested calling Capitol Automation; Capitol Automation will call back w/ETA. | email | vg |
| 107 | 8/11/09 | 4:00 | | Milwaukee Alarm | | NOT urgent; notifying us that there is a Trouble signal on the Fire Alarm for 2711 N. Mayfair Rd | Joe R. / Tom S. | sent email to Joe & Tom | phone | vg |
| 375 | 8/12/09 | 8:00 | Michelle | Froedtert | | 3rd floor HR Dept. door knob came off this morning. | Tim | called, DONE | phone | ck |
| 375 | 8/12/09 | 8:20 | Latrice | Froedtert | | 3rd floor, elevator stuck on floor, doors open and close | Tim | has Schindler coming out | email | ck |
| 75409 | 8/12/09 | 9:00 | Michelle | Allstate | | needs a cart assembled, can we send someone? | Christy | sent email to Patti, see if Francsico can do it | email | ck |
| 375 | 8/12/09 | 10:50 | Sara | Froedtert | | Cubes #2048 2052 cold air blowing. Shut vent? | Tim | sent to angus | angus | ck |
| 374 | 8/12/09 | 11:10 | Lori Paul | Wells Fargo @ 200 WP | | Doug Howard #01585 1126120-2A needs 24/7 access | Tim | sent via angus | email | ck |
| 336 | 8/12/09 | 1:36 | Joel | Strategic Wealth Mgmt Grp | 262-432-7220 | he has flickering light above his desk driving him crazy. Can someone replace it now please? | Gary Y. | sent via angus | phone | vg |
| 376 | 8/12/09 | 4:33 | Andrew | Metavante | 414-803-4697 | they're going to do AC repair work (their responsibility). They need system in test mode until 11PM tonight AND want to know how to turn off strobe & horns. | Tim R. | Called Toepher to put system in TEST MODE thru 11PM. Called Tim. He'll call Andrew directly. Tim's not sure if there even are strobs & horns... | phone | vg |
| 374 | 8/13/09 | 10:15 | Janet | Strategem | 262-532-2700 | people having a conf. in lunch room 3rd floor. Freezing! | Tim | sent via angus | phone | ck |
| 336 | 8/13/09 | 10:15 | John Thiel | County Line Pharmaceuticals | 262-439-8110 | Clogged sink - smells | Gary Y. | called Gary | phone | jm |
| 375 | 8/13/09 | 10:25 | Noreen | Froedtert | | Dana Miller #35846 access card isn't working. Please check | Tim | sent via angus | phone | ck |
| 375 | 8/13/09 | 1:07 | Ruth Jeffords | Froedtert | 414-777-0035 | west elevator car not working | Tim | sent via angus | angus | vg |
| 346 | 8/13/09 | 2:00 | Kristy | QPS @ Pinn II | 262-754-9000 | reporting electrical outlet their IT guys says they're getting reports of wir fault and tripping UPS. She doesn't know what that means in english but hope Gary can help. | Gary Y. | sent via angus | phone | vg |
| 371 | 8/14/09 | 8:43 | Adam Boehler | DDN | 414-434-4855 | Chris Schlehlein deactivate card #110345, activate #122317 for 24x7 access | Tim | sent via angus | email | ck |
| 143 | 8/14/09 | 9:36 | Bruce | re: JC Penney inspection Milwaukee Plumbing Sprinkler Inspector | 414-286-3325 | did we get notice of sprinkler not passing test from 7/30? | Joe R. | Joe said he remembers it. Will call JC Penney because it's their system & are responsible | phone | vg |
| 376 | 8/14/09 | 11:27 | | Metavante | | 3rd floor exit door on the North end by 3044 slams shut | Tim | sent via angus | angus | ck |
| 376 | 8/14/09 | 11:37 | | Metavante | | employee at 3165 states that the vent blows very cold air directly in her cube. Please close or redirect vent. | Tim | sent via angus | angus | ck |
| 162 | 8/14/09 | 2:50 | (mr) Pat McGrath | CVS Pharmacy | 414-540-6836 | major leak/ wet drywall from NS Bistro's vents downstairs (?). His maint guy looked at it and says it is coming from downstairs. | Bob Van R. / Tom Schoback | Tom called Bob to check into it; Tom spoke with manager to advise that it's actually their AC leaking which is their responsibility. | phone | vg |
| 346 | 8/14/09 | 4:46 | Connie Cortright | DeWitt Ross & Stevens @ Pinn II | 262-754-2840 | atty who relocated her office needs pictures hung in new office. | Gary Y. | sent via angus to Gary 8/17 | angus | vg |
| 75409 | 8/15/09 | 10:17 | Aaron Salata | Allstate | 608-798-5617 | our bldg is very hot today; it doesn't seem like AC has been on at all; can this be checked out today? | Cathy O. | CO got Sat call & called Capitol Air; UPDATE 10:48 Capitol Air there 3 hrs Sat; power outage caused blown fuses & starters tripped. Reset & good to go. UPDATE VG called Allstate - everything fine there today. | email | vg |
| 346 | 8/15/09 | 10:32 | John Boettcher | Travelers @ Pinn II | no tel # given | company vehicle will be in parking lot for a couple weeks or until it gets picked up. Tan Chevy Malibu, license 258-JTJ | Blue Knight | VG called Blue Knight; guard will be notified. | angus | vg |
| 180 | 8/17/09 | 5:43 | BUZZ | | | getting trouble alarm | | VG called Gary 8:57; he didn't get calls but he'll check it out ALSO advised Cathy O. | BUZZ | vg |
| 180 | 8/17/09 | 6:30 | BUZZ | | | getting trouble alarm | | VG called Gary 8:57; he didn't get calls but he'll check it out ALSO advised Cathy O. | BUZZ | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 180 | 8/17/09 | 6:48 | BUZZ | | | getting trouble alarm | | VG called Gary 8:57; he didn't get calls but he'll check it out ALSO advised Cathy O. | BUZZ | vg |
| 180 | 8/17/09 | 7:06 | BUZZ | | | getting trouble alarm | | VG called Gary 8:57; he didn't get calls but he'll check it out ALSO advised Cathy O. | BUZZ | vg |
| 180 | 8/17/09 | 7:27 | BUZZ | | | getting trouble alarm | | VG called Gary 8:57; he didn't get calls but he'll check it out ALSO advised Cathy O. | BUZZ | vg |
| 180 | 8/17/09 | 7:43 | BUZZ | | | getting trouble alarm | | VG called Gary 8:57; he didn't get calls but he'll check it out ALSO advised Cathy O. | BUZZ | vg |
| 180 | 8/17/09 | 8:00 | BUZZ | | | getting trouble alarm | | VG called Gary 8:57; he didn't get calls but he'll check it out ALSO advised Cathy O. | BUZZ | vg |
| 336 | 8/17/09 | 8:15 | Sara Polivka | Froedtert @ 400 WP | 414-777-5010 | Heather VanRoo (Rm307) has new literature holder that needs to be mounted to side wall. Call Mary Jensen to arrange time 414-777-7035. | Dean | sent via angus | angus | vg |
| 77382 | 8/17/09 | 9:11 | Cheryl Griffin | TO: DON DRAMER Protech (from Cheryl Griffin) | | please check if AC unit for south side offices is working. Should we contact Illingworth? | Cheryl G. | Don's reply: AC unit alarmed off. Reset-it started up again; all south offices have AC flow. Will watch today to see if high preasure alarm shuts down again. Other unit is running strong. Call advise all parties conecerned and/or if more complaints | email | vg |
| 346 | 8/17/09 | 9:23 | Connie Cortright | DeWitt Ross & Stevens @ Pinn II | 262-754-2840 | atty tried to come in Sunday afternoon. Access card didn't work to bldg. Need explanation | Gary Y. | sent via angus | angus | vg |
| 346 | 8/17/09 | 10:52 | Maureen Frank | QPS @ Pinn II | 262-754-6337 | Need 2 lights in hallway near reception replaced. | Gregg L. | sent via angus | angus | vg |
| 346 | 8/17/09 | 12:31 | Maureen Frank | QPS @ Pinn II | 262-754-6337 | Dan McNulty's access card didn't work thru bldg front door 8/14 code #07567 | Gary Y. | sent via angus | angus | jm |
| 347 | 8/17/09 | 12:56 | Laura Krahn | Continental Casualty Co. | 262-821-4688 | There is a noise up in one of the lights in Mark Miller's office. | Gary Y. | sent via angus | angus | vg |
| 346 | 8/17/09 | 1:27 | Mary-Beth Rausch | Travelers @ Pinn II | no tel # given | the ladies rm right off the elevator on the 2nd fl only has 1 soap dispenser working (of the 3). The one to the far left works. The other 2 don't. | Gary Y. | sent via angus | angus | vg |
| 75833 | 8/17/09 | 2:15 | Jasmine | DOT @ Amtrak | 414-227-2166 | hallogin track lite missing in front of east elevator; also a light missing IN that elevator. | Gregg L. | sent email to Gregg | phone | vg |
| 346 | 8/17/09 | 2:19 | Kristy | QPS @ Pinn II | 262-754-9000 | lights about her desk making ticking noise; it's annoying. | Gary Y. | sent via angus | phone | vg |
| 347 | 8/17/09 | 2:27 | Sharon Fisher | Bader Rutter @ Pinn III | no tel # given | there is a leak in Bruce Herz's office upstairs here on the 3rd fl. | Gary Y. | sent via angus | angus | vg |
| 346, 336, 346, 347 | 8/17/09 | 2:48 | Connie Cortright | DeWitt Ross & Stevens @ Pinn II | 262-754-2840 | a hinge in a cupboard in main conf rm is broken again. Gregg has worked on that one a couple times before. He said next time it came off he was going to do something different, so he may have to be asked. | Gary Y. | sent via angus | angus | vg |
| 347 | 8/17/09 | 2:53 | Margaret Wendelburg | re: Pinnacles Bldgs | | Exterior Cluster Fly Treatment | Gary Y. | MW emailed to Gary directly | email | vg |
| 346 | 8/17/09 | 3:10 | Facilities Coordination | Metavante | 414-357-3000 | The sink on the left side in the 1st fl mens bathroom south end of bldg is draining slow. | Gary Y. | sent via angus 8/18 8:00 | angus | vg |
| 114 | 8/18/09 | 8:00 | Rob | Verlo | 414-354-7668 | He sent me email on Saturday 8-15, I wasn't in Monday 17th. Replied to him today 18th. Almost all of the lights under outdoor awnings at Plaza are out. Ceiling tiles were supposed to be delivered to him but haven't been yet, to replace water damaged one. Also new leak developed over weekend. | Tim | JR on vacation. Per CO, have Tim see what he can do. Update to be given to CK | email | ck |
| 75833 | 8/18/09 | 8:05 | Jamie Makkos | CBRE | | rec'd msg from Pioneer Cleaning re: West Elevator acting up again; bus driver tripped because car sitting below fl level. | Gregg L. | emailed Gregg to call Badger Elevator to check it out | email | jm |
| 336 | 8/18/09 | 1:06 | Ruth Jeffords | Froedtert @ 400 WP | 414-777-0035 | West Elevator car not working AGAIN | Dean | sent via angus ALSO spoke with Tim to advise Dean what Schindler elevator did/said when they looked at this earlier. | angus | vg |
| 371 | 8/18/09 | 12:54 | Adam Boehler | DDN @ 800 WP | 414-434-4855 | new employee as of 8/24 (Mon), Jim TeRonde needs access card #122319 with 24/7 access. | Dean | sent via angus to Dean | email | vg |
| 336 | 8/18/09 | 2:44 | Sara Polivka | Froedtert @ 400 WP | 414-777-5010 | Since Vicki Parrish moved in to cube #2158 2nd fl (SE side toward the south) the light under shelf on the righ hand side doesn't work. | Dean | sent via angus to Dean | angus | vg |
| 346 | 8/18/09 | 3:10 | Facilities Coordination | Metavante | 414-357-3000 | air duct above desk (W2218) has been making a very loud noise for some time now. Someone was out last week & looked at it but the noise continues; it's gotten worse! | Dean | sent via angus to Dean | angus | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 8/18/09 | 4:55 | Amy | Dollar General | | garbage overflowing AGAIN | Vicki G. / Mike Basch @ Reliakor | Vicki called Reliakor | phone | ck |
| 376 | 8/19/09 | 8:00 | | Metavante | | Customer recently moved into a workstation at 3006. Bad electrical socket that needs to be repaired | Dean | sent via angus | angus | ck |
| 371 | 8/19/09 | 10:41 | Adam Boehler | DDN | 414-434-4855 | Charlie Angell #110376 should have 24x7 access, he's having issues w/ his card working after hours. | Dean | sent via angus | email | ck |
| 375 | 8/19/09 | 12:00 | Ruth & Latrice | Froedtert | | Elevator isn't working at all | Dean | sent via angus | email | ck |
| 374 | 8/19/09 | 1:35 | Lori Paul | Wells Fargo @ 200 WP | | Darlene Anderson #00050 needs 24/7 access | Dean | sent via angus | email | ck |
| 336 | 8/19/09 | 2:00 | Ruth Jeffords | Froedtert @ 400 WP | 414-777-0035 | elevator still not working; saw Schindler working on it just a little while ago; they took down "out of order" signs. | Dean | called AND sent via angus to Dean; He'll call Schindler back. | phone/angus | vg |
| 180 | 8/20/09 | 6:31 | Alarm monitoring co. | Brookfield commons | 800-877-3624 | 6x every 15 min. Received trouble signal & reset itself | Gary Y. | sent to email, will go check it out | BUZZ | ck |
| 307 | 8/20/09 | 8:30 | Melinda | Dete Development | 262-697-8700 | have several lights out that need to be replaced | JB Facilities | sent via internet | phone | ck |
| 375 | 8/20/09 | 8:57 | Sara Polivka | Froedtert | 414-777-5010 | Mahvesh Fareed cube 5942 SE corner 2nd floor would like a/c turned down | Dean | sent via angus | angus | ck |
| 374 | 8/20/09 | 12:45 | Lori Paul | Wells Fargo @ 200 WP | | turn up the white noise | Dean | sent via email | email | ck |
| 374 | 8/20/09 | 1:54 | Janet | Strategem @ 200 WP | 262-532-2700 | Elevator isn't working at all; clients have to take stairs. | Dean | sent via angus to Dean | phone | vg |
| 346 | 8/20/09 | 2:08 | Ward | Metavante | 414-371-4986 | the motor that was replaced last week is still causing noise problems; it was never really fixed according to the person who sits around that cube. | Dean | called Dean for update. Dean wants name of person to talk to @ Metavante' Ward wasn't willing to give name. He said we'll leave it as is & if they complain again, he'll enter new work order. UPDATE: Ward spoke w/people in area; they all say noise is gone. | phone | vg |
| 374 | 8/20/09 | 1:31 | Lori Paul | Wells Fargo @ 200 WP | | Lorie Alioto #H11933 needs 24/7 access | Dean | sent to angus | email | ck |
| 107 | 8/21/09 | 7:19 | Nick | Steinhoffels | 262-751-4543 | needs entry to vacant suites | Dean | dlvd Dean 7:20 | BUZZ | ck |
| 107 | 8/21/09 | 7:43 | Scott | Paetec | 414-406-5571 | Is installing some phone lines & Need the phone room opened up | Dean | | BUZZ | ck |
| 77382 | 8/21/09 | 10:16 | Don Kramer | Inland | | fans are running but no cool air. Compressor refrigeration alarm going off. Compressor keeps shutting down. Illingworth called | Don | | email | ck |
| 77476 | 8/21/09 | 10:20 | Michelle | Synchronicity | 262-886-2321 | lights seem dim in the awnings. Carpet is pulling up in studio. No classes in afternoons, that'll work better | Tim Ahles | sent to email | phone | ck |
| 376 | 8/21/09 | 2:34 | Facilities Coordination | Metavante | 414-357-3000 | HVAC too COLD. Please adjust the vent above workstation W3051. There are 2 located above desk but not sure which one is blowing the cold air. | Dean | sent to Dean via angus | angus | vg |
| 376 | 8/21/09 | 4:04 | | Metavante | | in conference room 2043 the 3 prong outlet has 3rd prong broken off & stuck in outlet | Dean | sent to angus | angus | ck |
| 75833 | 8/24/09 | 9:24 | Sue Persun | Pioneer cleaning | | 3 soap dispensers are working in men's room, Sliding door into Greyhound isn't working right, keeps opening for no reason | Gregg | sent via angus | email | ck |
| 100 | 8/24/09 | 9:00 | Kami | National City | 414-769-4320 x 21336 | surprised to see the parking lot resealing not happening this morning. Is there an update? | Vicki G. | verified w/Christy & Cathy O that new schedule is Ph 1 Sept 8 & 9; Ph 2 Sept 10 & 11. Faxed update w/ aerial photo to all tenants (mailed to those 6 w/o fax machines). | phone | vg |
| 376 | 8/24/09 | 10:31 | Joel Facilities Coordination | Metavante | 414-357-3000 | ceilingl ight cover above workstation W21758 is hanging down & looks like it's about to fall off. UPDATE: Joel called to say it's really workstation W2175 NOT W21758. | Dean | sent to Dean via angus | angus | vg |
| 103 | 8/24/09 | 11:10 | Christy | Dollar gen. corp. | 414-481-1994 | roof leaks, 1 major one in the middle of store | Joe R. | Informed CO & sent work order to JR | phone | ck |
| 308 | 8/25/09 | 9:02 | Sharon Sloane | Bode Financial | 262-898-7300 | change bulb in the overhead lights in break room | JB Facilities | sent via internet, accepted | email | ck |
| 77382 | 8/25/09 | 10:50 | Margaret | Exec. VI | | continue to have a/c problems. Too warm | Cheryl G. | MW emailed Roy Illingworth to contact Cheryl | email | ck |
| 77474 | 8/25/09 | 2:54 | Roxanne | American Home Patient | 262-633-1111 | exit light needs replacing; flourescent light in reception area needs to be replaced. NOT an emergency; anytime this week is fine with them. | Tim Ahles | called Tim. He's going to a nearby building 8/26; he'ss stop by here and see what needs to be done. | phone | vg |
| 75409 | 8/26/09 | 9:26 | Stephanie Katzman | Allstate | | sanitary disposable bins in ladies rooms keep falling off of the stall walls. | Francisco | CK sent email to Patti to have Francisco take care of this week | email | ck |
| 374 | 8/26/09 | 10:54 | Aida | froedtert | | **sink in the workroom is puddling in cabinet & coming out onto floor.** | Dean | sent to angus Davian's said after they looked @ coffee maker they're not the cause of the leak. Dean to call. | phone | ck |
| 374 | 8/26/09 | 10:50 | Denise Cocroft | Wells Fargo @ 200 WP | | temp in Grand Canyon room is too warm. 77*, blood center working in there need it to be 68-70* | Dean | sent to angus | angus | ck |
| 75409 | 8/26/09 | 2:15 | Stephanie Katzman | Allstate | | Can Francisco remove lights above Cate Jacoubus' cube? | Francisco | sent email. Done 8-27 | email | ck |
| 375 | 8/26/09 | 1:13 | Sara Polivka | Froedtert | 414-777-5010 | needs vacuum; can Dean tell/show her where to find one? | Dean | called Dean He'll show Sara where the vacuum it. | phone | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 143 | 8/27/09 | 10:30 | ADT | | | Fire alarm going off at 10332 Silver Spring. FD dispatched | Joe R. | called, he's on his way | phone | ck |
| 103 | 8/27/09 | 12:40 | Hadie | China King @ Chase Ave | 414-482-9180 | dinning room has major roof leaks - "like it's raining outsid!". | Joe R. | sent to Joe thru Axis | phone | ck |
| 376 | 8/27/09 | 1:49 | Facilities Coordination | Metavante | 414-357-3000 | a report that there is a leak coming from a vent above workstation W3110. Please investigate ASAP. | Tim | called & sent to Tim via angus (per Dean who was already on the road). | angus | vg |
| 77479 | 8/27/09 | 1:58 | Ken | Warner Financial Svcs @ Taylor Crossings on Bankers Rd (Racine) | 262-598-8101 | pin on outside door has snapped off. Time was already there to look at it but he needs our authorization. Please call Tim A. | Tim Ahles | Tim will order pin and fix either tomorrow or Monday. Door IS currently secured so there are no worries. | phone | vg |
| 374 | 8/27/09 | 2:00 | Lori Paul | Wells Fargo @ 200 WP | | deactivate Michael Cropsey's access card, not employeed there anymore | Dean | sent via angus | email | ck |
| 374 | 8/27/09 | 2:25 | Jacqueline Bach | Wells Fargo @ 200 WP | | lights out in Break room, Concord Room, Legends conf. Maybe a ballast. | Dean | sent via angus | email | ck |
| 103 | 8/27/09 | 3:46 | Hadie | China King @ Chase Ave | 414-482-9180 | (continuation from 12:40) ceiling still leaking - likes it's raining in dinning room. She's got 3 big buckets throughout dinning room. Customers are leaving because of it. Haven't seen Joe Rod. | Joe R. / Velcheck | left msg on Joe's vm to call me back to verify if he got work order from CK thru system; also I'm calling Velcheck too. 3:51 Joe R says he didn't get work order; 3:55 Velcheck will be there within 45-60 mins. 8/28 UPDATE: Joe Rod says they found & fixed leak; will keep watch on it w/maintenance crew. | phone | vg |
| 375 | 8/27/09 | 3:17 | Latrice | Froedtert | | secured door on the HR side is creeking as it's opened & closed | Tim | sent via angus | email | ck |
| 375 | 8/28/09 | 8:54 | Sara Polivka | Froedtert | | please remove the arms of a chair for Marilyn Smith cube 3216 | Dean | sent via angus | angus | ck |
| 307 | 8/28/09 | 11:40 | Melinda | Dete Development | | 1 office seems to have trouble w/ thermostat. Too cold | JB Facilities | sent via internet | email | ck |
| 371 | 8/28/09 | 11:40 | Adam Boehler | DDN | | new employee Michael Bartholomew #122320 24x7 | Dean | sent via angus | email | ck |
| 375 | 8/31/09 | 8:15 | Barb Kaker | Froedtert | | discontinue fridge cleaning in Finance department immediately per Julie Stefani | Maggie Kusch/Jorge Valle | emailed Maggie & Jorge | email | jm |