| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 75808 | 8/1/08 | 9:42 | Vicki | Old Republic | | Joan Hurkmans retired Card #18052, will keep for a spare | Mark | sent to email | email | ck |
| 376 | 8/1/08 | 10:20 | | Metavante | | front office doors into suite are squeaking | Dean | sent to email update: they fixed themselves | email | ck |
| 372 | 8/1/08 | 2:23 | Jeremy Bellin | Sedgwick | 262-785-8770 | main floor doing good, but offices & large conference room a little warm yet | Gary | sent to email | email | ck |
| 75808 | 8/1/08 | 2:48 | Edwina Bednar | Old Republic | 262-797-2640 | card #01923 assign to Gerry Leach | Mark | sent to email update: done MG 3:30 | email | ck |
| 13 | 8/1/08 | 3:38 | Sheila Brown | PLS Financial | 414-371-1100 | ceiling leaking, a/c vent dripping from ceiling | Kevin | sent to email | phone | ck |
| | 8/3/08 | 11:42 | Milwaukee Alarm | 1 Mayfair Place | 414-271-8800 | fire alarm is going off, someone has to meet the fire department | Kevin | dlvd Kevin 11:48 | BUZZ | ck |
| 93 | 8/3/08 | 4:58 | Jesse | Fantasy Gifts | 414-526-0256 | ceiling is leaking | Kevin | dlvd Kevin 5:00 | BUZZ | ck |
| 162-2 | 8/4/08 | 5:39 | Gina | Milwaukee Alarm Co | 414-271-8800 | supply trouble alarm | BOB | dlvd Bob | BUZZ | ck |
| | 8/4/08 | 8:30 | | HSM Monitoring | | called for someone with the passcode for 5111 S. 9th St. | Richard Seaman | Informed HSM to contact Richard | phone | jm |
| 34 | 8/4/08 | 8:52 | Donna Gates | JD Byrider Suite 370 | | Company President's office has leaking again all over his desk, it's soaked | Kevin | called Bob Fiedler, he'd sent in a proposal to MW, but hadn't heard word yet, what should they do? (sent to MW) | phone | ck |
| 25 | 8/4/08 | 9:39 | Sara Polivka | Froedtert @ 400 WP | 414-777-5010 | elevator stuck @ 2nd fl; no one inside; door opens and all buttons are pushed but doesn't go anywhere. | Kevin N. | Kevin left property already, he'll call Schindler Elevator people to check it out. 9:50 UPDATE: Kevin said Schindler Elevator will be on site between 1:00 & 2:00 today; e-mailed Sara. | email | v |
| 93 | 8/4/08 | 9:45 | Kevin | Update Lights in Chandelier | | bulbs were ordered and will arrive Wed. will replace then | Kevin | sent to email update: Gary done, sparyed & cleaned 8-5 | phone | ck |
| 92 | 8/4/08 | 10:25 | Pam Halverson | Crum & Forster Central Claims | | 2nd floor mens room has 100s of fruit flies in it. | Gary | called Terry Dresher, will p/u today, AGAIN suggests we add another day for portering. They go Tues/Thurs. we're always calling to add another p/u | email | cjk |
| 13 | 8/4/08 | 11:00 | Sue | Post Office | 414-354-4425 | garbage pails overflowing on sidewalks again | Kevin | another p/u | phone | ck |
| 100 | 8/4/08 | 11:40 | Joe Ferguson | Cousins | | leaking roof again in front of restaurant | Joe | sent to email | phone | ck |
| 32 | 8/4/08 | 12:54 | Debbie Krajewski | HQ Regus | 262-789-2777 | Hydro Designs office is too hot & WayneDehn is too cold | Gary | forwarded email | email | jm |
| 34 | 8/4/08 | 1:40 | Donna Gates | JD Byrider Suite 370 | | new leak, in office next to Presidents | Kevin | sent to email | email | ck |
| 34 | 8/4/08 | 3:21 | Linda Weitzer | Center for Behavioral Medicine | | 1st floor ladies room, 1st stall continuously flushing and overflowing. Put out of order sign on it. | Kevin | Joe will take care of it 1st thing on Tues. | email | ck |
| 208 | 8/4/08 | 3:28 | Claudia Lindsay | Travelers | 262-797-2139 | ceiling on the 2nd floor is dripping water. Near reception window, Melinda Baatz desk | John | will look at it | email | ck |
| 32 | 8/4/08 | 5:07 | Debbie Krajewski | HQ Regus @ 200 So. Ex. Dr. | 262-789-2777 | burned out lite in Ste M 2nd fl; please replace | Gary | 8/5 8:05 AM e-mailed to Gary 9:25 UPDATE Lights on! | email | vg |
| 57 | 8/5/08 | 8:10 | Jamie | Manpower | 262-782-2089 | thermostat stopped reading, a/c off | Joe | called them, got them up and running again | phone | ck |
| 32 | 8/5/08 | 8:57 | Sara Sommerfeld | HQ | 262-789-2777 | humid in several client's offices | Gary | sent to email | email | ck |
| 75409 | 8/5/08 | 9:13 | Anna Miller | Allstate | 608-798-5601 | ladies room toilet continuously flushing, not overflowing urinal in basement-level bathroom is clogged, plunger isn't working on it | Christy | called Sauk Plumbing will go 1st thing AM on Wed. Told Anna too | email | ck |
| 13 | 8/5/08 | 9:27 | Jeff Strehlow | ATS Relationship Marketing | | can't figure out which pipe in basement to turn off, before their plumber arrives. | Kevin | sent to Kevin UPdate: kevin has plumber coming out. asked to call and help her out. Update: Kevin went over there and turned off the toilet, gave her numbers to call to have toilet rebuilt. 12:10 | email | jm |
| 134 | 8/5/08 | 9:45 | Arecely | Always 99cents | 414-384-8812 | | Kevin | | phone | ck |
| 93 | 8/5/08 | 11:06 | Laura | Blood Center 59th & Brown Deer | 414-354-2171 | rotton egg smell in donor room & common hallway; it's not coming from the bathroom, wondered if it was from the construction across the street; just wanted us to be aware. | Kevin N. | Kevin is aware of it. The smell will disapate (he had to clear the downstairs toilet w/product that unfortunately caused that smell). sent to email | phone | vg |
| 350 | 8/5/08 | 11:35 | Alarm Monitoring | IRS | 414-331-1776 | receive trouble signal from fire panel | Doug | called Kevin asking him to call Gary; Kevin's on property now, he'll go see him. | phone | ck |
| 34 | 8/5/08 | 1:06 | Gary of Liberty Glass | currently at Maplewood property | cell | needs Kevin to call him. | Kevin N. | left vm on Kevin's cell to call Eric to sechedule this week if possible. | phone | vg |
| 03 | 8/5/08 | 1:15 | Eric of US Fire Protection | re: quarterly sprinkler inspection of property | 414-406-0278 cell | wants to do quarterly sprinkler inspection; can he schedule w/someone? | Kevin N. | 2:17 UPDATE: Kevin called Eric to set up apt. | phone | vg |
| 75808 | 8/5/08 | 1:37 | Patricia Hein | Vrakas/Blum @ Deer Creek | 262-797-0400 | needs new building key for Carol Hecht; front & back doors ONLY; her key no longer works; need by Friday 8/8 so she can work this weekend. | Mark G. / cc to John R. | e-mailed to Mark w/ cc to John. | email | vg |
| 72 | 8/5/08 | 2:10 | Rhonda Deaver | Leukemia & Lymphoma Society | 262-785-4221 | corner office is always extremely hot | Gary | suggested to keep blinds shut & forwarded to Gary | email | jm |
| 34 | 8/5/08 | 5:24 | Gene Turner | Guild Mortgage Co. | 262-770-0704 | will be in office Wed. | Tom Schoback | sent message to email | BUZZ | ck |
| 02-2 | 8/5/08 | 9:41 | Operator 15 | Milwaukee Alarm Co | 414-271-8800 | fire alarm is going off, FD dispatched fire alarm is going off, someone has to meet the fire department | Bob | dlvd Bob 9:43pm | BUZZ | ck |
| 162-2 | 8/5/08 | 9:43 | Ned Brickman | Audubon | 414-852-1074 | | Bob | dlvd Bob 9:45 | BUZZ | ck |
| 162-2 | 8/5/08 | 9:57 | Ned Brickman | Audubon | 414-852-1074 | please call again | Bob | dlvd Bob 9:58 | BUZZ | ck |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Issue | Telephone # | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 75808 | 8/6/08 | 7:42 | Vicki Quint | Old Republic Risk @ Deer Creek | none of the elevators workin in bldg; elevator on far right is stuck open on lobby fl; employee waiting in car to being work because stairs are not an option for her. | 262-797-3401 | Mark G. / cc to John R. | sent as URGENT e-mail to Mark w/cc to John 8:23 UPDATE: John said it was only one that wasn't working; he rode all the elevators and they seem to be working fine. E-mailed update to Vicki Q. | email | vg |
| 75808 | 8/6/08 | 8:19 | John Boettcher | Travelers | Needs to talk to Mark about bugs | 262-797-3028 | Mark G. / cc to John R. | forwarded email to Mark | email | jm |
| 375 | 8/6/08 | 9:33 | Sara Polivka | Froedtert @ 400 WP | A/c in finance dept too warm | 414-777-0968 | Kevin | sent to email | email | ck |
| 375 | 8/6/08 | 9:35 | Sara Polivka | Froedtert @ 400 WP | lights out over Sandy Stewarts desk, 1st floor Patient Financial Services | 414-777-0035 | Kevin | sent to email | email | ck |
| 375 | 8/6/08 | 9:40 | Sara Polivka | Froedtert @ 400 WP | CONTINUATION OF 8/4 curious to know for sure if 2nd fl elevator is definitely fixed; she doesn't see sign on elevator that it's being repaired but she hasn't heard it move since 8/4. | 414-777-5010 | Kevin N. | KN called Schindler; 10:05 UPDATE they're still working in the fuse room (on site); will advise Kevin (& advise me) when it's fixed; emailed Sara info. 4:35 UPDATE: Kevin says they took control box to fix @ shop. Should be fixed sometime 8/7 emailed Sara. | phone | vg |
| 5808 | 8/6/08 | 9:48 | Joyce Washington | Travelers | remove Takeshi Yamaguchi from card #01880 not an employee now | 262-797-3021 | Mark/John Mark G. / cc to John R. | sent to email | email | ck |
| 5808 | 8/6/08 | 10:36 | Vicki Quint | Old Republic | change Mary Govan #1934 to 24/7 access | | Mark G. / cc to John R. | sent to email | email | ck |
| 5808 | 8/6/08 | 12:28 | Liz Dietz | Vrakas/Blum @ Deer Creek | 80 degrees in Patty Hein's section--too hot | 262-797-0400 | John R. | sent to email | email | ck |
| 372 | 8/6/08 | 1:40 | Walter | Sedgwick | blind broken, replace/fix | 262-785-8764 | Gary | sent to email Update: 8-13 GY having Bob Fiedler replace. | email | ck |
| 5808 | 8/6/08 | 12:28 | Liz Dietz | Vrakas/Blum @ Deer Creek | 80 degrees by Patty Hein's area. | 262-797-0400 | Mark G. / cc to John R. | sent email to Mark & John | | vg |
| 371 | 8/9/08 | 2:40 | Rita Norek | Sattell | An office is too hot - KN will stop first thing tomorrow am please replace recessed light in 1st fl ladies room south when you get the chance. | | Kevin N. | sent email to Kevin | | jm |
| 56 | 8/6/08 | 2:40 | Larissa | Metavante | MDC Financial, office #5 is too hot | 414-357-2324 | Kevin N. | emailed to Kevin | phone | vg |
| 2 | 8/6/08 | 2:48 | Sara Sommerfeld | HQ | water cooler leaked over night | 262-789-2777 | Gary | vents opened up all the way. Update: 8-13 readjusted zone again. GY forwarded message to Kevin | email | ck |
| 4 | 8/7/08 | 9:30 | Ken Lenser | Velocitie | assign Bill Nicodemus #18052 6/6 | 262-754-4949 | Kevin N. | sent to email Update: done MG 1:30 | email | jm |
| 5808 | 8/7/08 | 9:33 | Vicki Quint | Old Republic | | | John R. | sent to email Update: done MG 1:30 | email | ck |
| 5808 | 8/7/08 | 9:40 | Vicki Quint | Old Republic | assign Shawn McCaigue #4078 6/6 advising us that graffiti on south face & east side of bldg. this week; request we remove it asap. | | John R. | sent email to Mark & John | email | ck |
| 2 | 8/7/08 | 11:55 | Officer Mike Struck | police department | Report #108-1406 | 414-769-2260 ext 0 | Joe Weirick | emailed to Joe Weirick | phone | vg |
| 2 | 8/7/08 | 2:06 | Kathy Black | OSI | lights out in 3rd floor lunch room No Hurry | 262-780-7309 | Gary | sent to email Update: done 8-20 GY | email | ck |
| 5 | 8/7/08 | 3:02 (it was really 8:05 but 8:08 looks cool on 8/8/08) | Sara Polivka | Froedtert @ 400 WP | yesterday someone apparently went home due to allergies saying it was from all the dust atop of the cubes and flipper doors. | 414-777-5010 | Christy | sent to Paul Killion, should be doing that regularly | email | ck |
| 376 | 8/8/08 | 8:15 | Ken Henderson | Metavante | there is a noise coming from the ceiling; wants to talk to Kevin to find out if it's their responsibility or ours. | 414-815-2424 | Kevin N. | emailed Kevin 9:38 UPDATE Grunau has been called. | phone | vg |
| 3 | 8/8/08 | 8:15 | Milwaukee Alarm | Audubon | 2 trouble alarms regarding power supply failure | | Bob | sent to blackberry | phone | ck |
| 3 | 8/8/08 | 8:20 | Milwaukee Alarm | Audubon | box tamper alarm, someone opened control panel | | Bob | sent to blackberry | phone | ck |
| 5808 | 8/8/08 | 9:56 | Shelly | lawyers for Travelers | workers were making very loud, disruptive noise outside their windows; they're gone now but wants to know if they're coming back? | 262-780-3995 | John R. | called John; he walked over to look; it was Liberty Glass who took out window and boarded up (Cathy O scheduled work per John). Don't believe they'll be back today anymore. He'll go talk to Shelly. | phone | vg |
| 09 | 8/8/08 | 10:47 | Michelle Gagnon | Allstate | very hot in there, can feel heat coming out of vents need a key for a 1st floor office, her master key doesn't work | 608-798-5605 | Caleb | sent message to Caleb, will call Capitol HVAC if he can't do anything | email | ck |
| 5 | 8/8/08 | 11:53 | Carol Bombinski | Froedtert @ 400 WP | fire alarm pulled by tenant, FD going over, call Josh at Milwaukee Alarm | 414-777-0968 | Kevin | will take care of it. | email | ck |
| 07 | 8/8/08 | 12:10 | Milwaukee Alarm | 1 Mayfair Place | request for someone to change the burnt out light in the far right office of business. | | Kevin | will call Josh and take care of it. | phone | ck |
| 8 | 8/8/08 | 1:49 | Sharon Sloan | Bode Friancial Group Racine | emergency exit door doesn't open. & rear section has wet tiles, condensation from A/C ?? | 262-898-7300 | JBFacilities | sent email to JB Facilities 2:02 | email | vg |
| 37 | 8/8/08 | 2:15 | Scott Allen | Shorewest @ New Berlin Plaza | | 262-797-3515 x103 | Joe | sent to email Joe will take care of Mon; if prob for tenant, he'll go Sat; VG emailed tenant if that's ok. 4.08 UPDATE Scott Allen says Mon fine. 8/11 UPDATE: Joe calling Bonifide 8/18 UPDATE door handle replaced; | email | ck |
| 137 | 8/8/08 | 2:24 | Scott Allen | Shorewest @ New Berlin Plaza | Southern most door to the rear of office emergency exit door does not open; ALSO continue wet ceiling tiles in rear section of office continue. | 262-797-3515 x103 | Joe R. | roofers patched/repaired tears in membrane. | email | vg |

Case 2:09-cv-00285-PJG   Filed 09/04/09   Page 2 of 8   Document 28-3

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via: e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 375 | 8/8/08 | 2:28 | Sara Polivka | Froedtert @ 400 WP | 414-777-5010 | weird problem w/elevator: when you press the 2nd floor it goes to 2nd fl but button inside elevator cab that's lit for is 3rd fl. it's confusing people. | Kevin N. | Kevin will call Schindler. 9:54 8/11 UPDATED: Kevin called Schindler, they're counting the garage as fl #1. Kevin asked that they change it to be uniform w/other elevator. Kevin advised Dean of this too (Dean was out last week). | phone | vg |
| 395 | 8/8/08 | 4:08 | Christopher Neatherton | Cricket Communications | 847-315-9528 | left a note for the cleaners earlier in the week, soap dispensers are still empty | Christy | sent an email to Maggie Kusch of Regency Update. Jorge had them filled. CK 8/11/08 | email | ck |
| 334 | 8/10/08 | 8:51 | Sylvannah | Women's Super Fitness | 414-383-4544 | left her a key for cleaning people to come in @ 8am, showed @ 12. What is key for? Please call | Joe | lm for Tom, pager not in service. 8:54 & 9:19. Dlvd Joe 9:58 sent to email. Update: 8/11 John took another look w/ Tammy, no noise. Usually 1st thing in AM. Have looked periodically through month w/ no results. 8/12 JR sat for 45 min w/ no noise. 8/13 JR checked in am, no noise. | BUZZ | ck |
| 808 | 8/11/08 | 8:37 | Vicki Quint | Old Republic | | Light is still buzzing over Tammy Knight. 1st request 7-2, can it get fixed? | John R. | sent to email | email | ck |
| 376 | 8/11/08 | 8:40 | Joel | Metavante | | Dawn Klenke, 1st floor cube W1178 redirect air vent so it doesn't blow directly on her | Dean | sent to email Update: complete 8/11 | email | ck |
| 334 | 8/11/08 | 8:40 | Joe R. | Maplewood | | 2 Elevators down, called Otis already | Joe/Jamie | Jamie sent memo to all tenants to inform. Update: 9:46 Trover solutions informed elevators are fixed. | phone | ck |
| 395 | 8/11/08 | 9:11 | Eric Crubaugh | Unitrin | 800-242-8808 x6310 | employee Meredith Rosa card #1324 tried to get into bldg Sunday but couldn't; please verify status. 9:15 UPDATE: Eric says he Group 5 has access M-Sun 5a-11p. Wants us to sinc our system to match theirs. | Vicki G. | verified she has Group 5 access which is M-F 5a-10p; Sat 6a-5p NO SUNDAY ACCESS. 9:43 UPDATE: I advised Eric what I show for each Group & asked him to confirm; whatever changes he has I'll change in system. Didn't remind him that we had similar discussion in May but he didn't dispute what I had for each group. | email | vg |
| 372 | 8/11/08 | 10:50 | Nancy Essers | HQ, (suite M upstairs) | 262-789-2777 | No lightswitch in big office section of Suite M upstairs, please turn off the overhead lights | Mark | will go over there in a little bit | email | ck |
| 334 | 8/11/08 | 10:54 | Vicki | Old Republic | | John to touch base with Val Rykowski on 4th floor by 1pm today. She's trying to coordinate his time w/ electrician (left vm on Cathy O's phone) front door is out of alignment. 2:04 UPDATE Rita says Wed dr. sees patients; can they make it Thurs? | John | sent to email. Update: John tried to see her Thurs, Fri, and this AM. CK asking Vicki for a # to call Val. 12:05 John met Val. Joe called Lurie Glass; they'll be out there Wed 8/13. 2:15 UPDATE VG spoke w/ Joe he called Lurie Glass - they will be out there on Thursday 8/14. Rita appreciates the change. | phone | vg |
| 397 | 8/11/08 | 12:20 | Rita Dailey | Herslof's @ New Berlin Plaza | 262-786-8860 | | Joe R. | sent to email. Update: could not find a leak. Sent to metavant | email | ck |
| 376 | 8/11/08 | 2:20 | LeRisa | Metavante | 800-236-3282 | 1st floor ladies room has toilet that is leaking, 1st stall | Dean | sent to email | email | ck |
| 376 | 8/11/08 | 3:36 | Ward | Metavante | 800-236-3282 | W2124 has a strong constant flow of air blowing on Renee power/junction box is loose and making a lot of noise. | Dean | sent to email update: VAV box tightened up 8/13 Dean | email | ck |
| 376 | 8/11/08 | 3:39 | Ward | Metavante | | Near W1178 Dawn Klenke | Dean | sent to email Update: 8-13 MG replaced. | email | ck |
| 808 | 8/12/08 | 8:05 | Vicki Quint | Old Republic | | Walberts, Typing corner near Marylou Bobby Thompson lost card #1971, deactivate. Assign #1814 24/7 | John R. Mark G. / cc to John R. | sent to email | email | ck |
| 78808 | 8/12/08 | 11:18 | Vicki Quint | Old Republic | | emailed direct to MW: when will windows be repaired? We were hit very hard Sat; imagine having your windows open in a downpour--that is what we have. Problem is getting worse. We need help here. | Margaret W. | MW replied to Steve @ 1:33: Fiedler Construction to complete siding repairs above windows. Siding repairs scheduled week of 8/25; scheduling Liberty Glass to fix window gap (need fork lift) by end of month. | email | vg |
| 334 346-2 346-3 | 8/12/08 | 11:43 | Steve Muller | WI JDByrider/CNAC Companies @ Maplewood re: Batzner treatment @ Pinnacles Properties this weekend | | | Margaret W. | MW advised Gregg & Gary that Batzner will do on site exterior bldg cluster fly treatment @ all Pinnacles properties on Sat 8/16; we do NOT notify tenants as this is being done on a weekend. Gary said Mark is there now w/sprinkler testing guys; called Mark - he'll stop the noise within 5 mins. The sprinkler system is refilling (or reflowing or something like that) and the alarm must sound when that happens. | email | vg |
| 372 | 8/12/08 | 2:58 | Debbie | HQ @ 200 So. Ex. Dr. | 262-787-9600 | annoying alarm noise going off, not sure where it's coming from but maybe from the front door? there is a dying good out our window and all the other geese are attacking it. Can you do something with it? DNR 888-936-7463 / Cheryl Wildlife in Need | Gary Y. / Mark G. | MW said we cannot touch. 4:14 UPDATE: VG called Wild Life but must take goose to them; said call Elmbrook Humane Society. Paula of Elmbrook will pick up. On west side of Ex Dr bldg facing Xerox. 8/13 10:30 UPDATE Goose is fine; Wild Life picking up today. | phone | vg |
| 395 | 8/12/08 | 4:09 | Monica Klein | RR Donnelley @ 400 So. Ex. Dr. | 800-736-1281 x2206 | Goerenowoc 262-968-5075 / Paula Elmbrook Humane Soc 262-782-9261 reported to VG, she slipped & fell on liquid in station. Went to hosp. is 6 mon. preg. Started contractions. (see incident reports. N.Drive) | Margaret W. / Vicki G. | | email | vg |
| 833 | 8/12/08 | 3:35 | Latika Sams | Intermodal | 414-264-1887 | | Cathy O | VG took incident over phone, relayed to CO, & CK. | phone | ck |
| 374 | 8/12/08 | 5:31 | Justin Dumke | Financial Resource Service | 414-416-6082 | called because he was locked out, then pulled door & Got in. call Wed. need a better locking system on door | Dean | sent to email to call him | BUZZ | ck |

| Prop.# | Date | Time | Tenant Name | Tenant/Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 75833 | 8/12/08 | 8:06pm | Lateka Sams | | 414-264-1887 | 6 1/2 months pregnant, fell @ station, injured back & left leg. Went to hos. Nobody at bus station was helpful. They wouldn't call ambulance. I almost lost my baby. | Cathy O | reported by BUZZ. 8-13 8AM she called biligerant that we think this is a joke, no one is calling her back, kept CK on phone 10min not listening and repeating herself. Assured Cathy would call her shortly. | BUZZ | ck |
| 75808 | 8/13/08 | 7:47 | Vicki Quint | Old Republic Risk @ Deer Creek | 262-797-3401 | please verfy that Bobby Thompson's card #1814 has 24/7 access. | Mark G. / cc to John R. | emailed to Mark w/cc to John 9:56 UPDATE from Mark complete. | email | vg |
| 86-2 | 8/13/08 | 8:12 | Todd | Norlight Pinn II | 812-480-1718 | asked to talk to Margaret (she's out on business the rest of the week) so wants to talk to Jamie re: bldg on bishop's drive. | Jamie M. | left written msg for Jamie to call Todd back | phone | vg |
| 372 | 8/13/08 | 9:34 | Laura | Crum & Forester (CORPORATE in New Jersey) | email: laura_kay@cfins .com | complaints she rec'd concerning bathroom stench and abundant amount of flies | Gary Y. | Gary will check but he sprayed for insects on 8/5 and thought it was taken care of; hasn't heard anything since then. 1:39 UPDATE: Gary toured bathroom w/Pam Halverson & Dave Armstrong; they say NO PROBLEMS for them. Gary will check for flies Mon 8/18. | phone | vg |
| 377 | 8/13/08 | 10:50 | Tom | AT&T | 608-774-1724 | Someone's trying to run a phone line but they don't know where the transformer is | Joe | called Joe to contact tenant | phone | jm |
| 361 | 8/13/08 | 12:25 | Rita | Sattell | 414-390-1499 | need 4-6 new key fobs and 2-4 new keys, no rush | Dean | sent to email | email | ck |
| 3A | 8/13/08 | 1:20 | RECORDING for Lois Lukas (Sara has off today) | Elevator Emergency @ Midtown Center | 414-444-1064 | a recorded message identified an elevator emergency at Midtown Center to call tel #. | Vicki G. | called tel # given in message but that number is disconnected. We havent't had that property since before 2005. | phone | vg |
| 375 | 8/13/08 | 1:35 | Barry Young | Froedtert @ 400 WP Wells Fargo | 414-777-5190 | picture fell off wall; large shards of glass on carpeting; suggest wearing gloves to clean up. | Dean S. | emailed Dean | phone | vg |
| 4 | 8/13/08 | 1:45 | | | | wasps nest outside building | Dean S. | emailed Dean | email | jm |
| 4 | 8/13/08 | 2:54 | John Josephitis | Anytime Fitness | | bulb needs to be changed at Anytime Fitness - call Randy (manager) at 414-365-9100 | Kevin N. | called Kevin - he will make sure he can reach it first | phone | jm |
| F15 | 8/13/08 | 2:45 | Dean | Froedtert @ 400 WP | | office 218 on 2nd floor needs extra vacuuming, picture fell from wall | Christy | lm for Paul Killion | phone | ck |
| 34 | 8/13/08 | 3:15 | Dr. Carter employee | Maplewood | | seeing smoke near elevator, doesn't smell like smoke spotlight out by her | Kevin | sent to email. Update: Kevin reported demolition on 2nd floor, drywall dust in air. | phone | ck |
| 808 | 8/13/08 | 3:51 | Liz Dietz | Vrakas/Blum @ Deer Creek | 262-797-0400 | smelled smoke on the 2nd floor, so we called the FD, need someone to come overide the air handlers | Mark | sent to emailUpdate: complete 8/14 MG | email | ck |
| 96 | 8/13/08 | 11:49pm | Willie (guard) | Metavante | 414-339-5711 | several lights out in office | Dean | dlvd Dean 12:02am | Buzz | CK |
| 4 | 8/14/08 | 8:46 | Jeff Ladwig | Cambridge | 262-641-3476 | | Joe | sent to email | email | ck |
| 34 | 8/14/08 | 11:34 | Janet Andrews | Portamedic | 262-821-3800 | Tom Peskie's paper basket wasn't emptied last night, is overflowing now. | MW/Christy | CK sent to John Baltz to take care of and follow upUpdate: Day porter will go take care of it per JB @ 12:00 replied to Janet Andrews cc MW> | email | ck |
| 95 | 8/14/08 | 12:15 | Hi Tech | | | campus pres. And student services are too warm, thermostat isn't working | John | sent to emailUpdate: JR reported a power problem on a circuit board, took out A/C is trying to temp repair, he'll talk to tenants.12:37 | phone | ck |
| 808 | 8/14/08 | 1:15 | Sandy | | | light out in janitor's closet on 2nd floor | Dean | sent to emailUpdate: done, DS 9:28 8/15 | email | ck |
| 385 | 8/14/08 | 1:35 | Kate | Cricket Communications | 847-315-9530 | there was a power surge which took out the AC; getting warm-when will it be fixed? ALSO 1st fl women's rm soap dispensers not working | John R. | John said he'll get parts to fix power surge issues 8/15 AM; SOAP issue-VG contacted Jorge @ Regency who said they left note for John earlier this week. John didn't find note. He'll take care of it. 8/15 UPDATE Soap working in ladies rm per Kate. | phone | vg |
| 375 | 8/15/08 | 8:47 | Sara | Froedtert @ 400 WP | 414-777-0035 | 2 doors need oiling, into cafeteria by money machine and entrance into Finance | Dean | sent to email | email | ck |
| 009 | 8/15/08 | 9:02 | Janet Veik | Allstate | | Cathy Outemzabet advised Michelle Gagnon to expect technical from Environment Asystems Analysis 8/18. He'll inspect Unit #3; won't take but 30 mins or so. 220v outlet newly installed doesn't have power. Storage room needs extra vacuuming due to ceiling tiles being replaced | Cathy O | This will be the final test on modifications made at the time of the bldg remodel. | email | vg |
| 35 | 8/15/08 | 9:36 | Todd Merryfield (Regional Mgr) | Xerox | 262-797-5241 414-659-6568 cell | wants to speak with Ned Brickman re: the protest over the Jets flag. | John | sent to email Tom called Todd first to find out what he wants to convey to Ned Brickman. | phone | ck |
| 2-1 | 8/15/08 | 10:51 | | The Learning Shop | | she was told the garage door is off its track & her people! are afraid to park down there-can one of the guys check it out? | Tom Schoback | emailed to Mark (didn't cc John because he's off for the day @ 1:00) 1:25 UPDATE: Mark called garage door repair people, they'll more than likely arrive after hours so it won't be fixed before the end of the business day. | phone | vg |
| 808 | 8/15/08 | 1:08 | Liz Dietz | Vrakas/Blum @ Deer Creek | 262-797-0400 | strong sewer smell in chemo tx area. He still is holding onto the key for the 3rd floor vacancy, higher ups didn't come last week to look at it. | Mark G. | | email | vg |
| 323 | 8/18/08 | 8:25 | Mark | Oncology Alliance | 414-778-4331 | front door handle is broken, can you look at it? | Joe | sent to emailUpdate: done JF 10:21am | phone | ck |
| 371 | 8/18/08 | 9:22 | Rita | Sattell | 414-390-1499 | toilet pipe is dark brown, is there something going on w/ | Dean | sent to email | email | ck |
| 75808 | 8/18/08 | 9:28 | Liz Dietz | Vrakas/Blum @ Deer Creek | 262-797-0400 | the water pipes? Can we drink it in coffee | Mark G/ cc JR | sent to email | email | ck |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 323 | 8/18/08 | 10:40 | Harriet | Glenpoint OB/GYN | | light out in exam room 7 | Joe | sent to emailUpdate: done JR 11:15 8-19 | phone | ck |
| 376 | 8/18/08 | 11:10 | Ward | Metavante | | lights out in office 2009 on 2nd floor | Dean | sent to emailUpdate: Dean couldn't find trouble, lights are on! Sent message to Ward @metavante. 12:43pm ck | phone | ck |
| 334 | 8/18/08 | 11:43 | Linda Weitzer | Center for Behavioral Medicine | | Suite 128, light in file room burned out | Kevin | sent to emailUPdate: done 8-18 4:40pmKN | email | ck |
| 385 | 8/18/08 | 11:55 | Ryan Russell | Cricket Communications | 847-315-9529 | need basement room opened to view space for upcoming training needs. | John R. | emailed to John R. | email | vg |
| 323 | 8/18/08 | 1:08 | Vicki | Lung Center of Milwaukee (Dr. Brown's office) | 414-964-4450 | needs grey key fob replaced ASAP; just doesnot work anymore. | Joe R. | VG emailed to Joe / CK took msg; 8/19 10:46 UPDATE Joe says complete | phone | ck / vg |
| 385 | 8/18/08 | 1:21 | Joan Velk | Xerox @ Deer Creek (basement level of office) | no tel @ given | wants to clarify what boxes janitors can throw away: she'll mark boxes w/TRASH sticker OR put LARGE boxes in hallway (she works w/computer components & doesn't want them thrown away by mistake). ALSO still haven't vacuumed real reft corner of office. | Vicki G. Mark G. / cc to John R. | called Jorge @ Regency; he'll remind his staff to only throw away boxes w/TRASH stickers; ALSO will tell them to vacuum entire office. | phone | vg |
| 608 | 8/18/08 | 1:50 | Vicki Quint | Old Republic Risk @ Deer Creek | 262-797-3401 | assign new employee Erin Morrison key #1854 please. She started today. | Mark G. / cc to John R. | emailed to Mark cc to John 2:01 UPDATE John emailed it's done. | email | vg |
| 608 | 8/18/08 | 3:25 | Val Rykowski | Old Republic | | has asked if the jumbo paint buckets will be removed in one of the closets | Mark | sent to email | email | ck |
| 608 | 8/18/08 | 3:34 | Vicki Quint | Old Republic | 262-797-3401 | deactivate #4078 Shawn McCaigue no longer employee quit over phone so didn't turn in card. Please do asap | Mark | sent to emailUpdate: complete 9:12am 8-19 MG | email | ck |
| 372 | 8/19/08 | 8:15 | Debbie | HQ | 262-789-2777 | IBC is putting in cables today for new suite, need access to 2nd floor phone room right away | Gary | will go open it | phone | ck |
| 386 | 8/19/08 | 9:40 | Brian Nash | Amtrust | 414-687-6982 | 3rd floor, needs access to phone room, suddenly have no internet or phone service | Gary | will be there in 20 min. Told Brian. | phone | ck |
| 376 | 8/19/08 | 10:09 | LeRisa | Metavante | | squeaky door by cube 1101. | Dean | sent to email | phone | ck |
| 108 | 8/19/08 | 10:11 | Liz Dietz | Vrakas/Blum @ Deer Creek | 262-797-0400 | Cathy the cleaner dropped her keys down elevator shaft. | John | will go get them out now. | phone | ck |
| 323 | 8/19/08 | 10:48 | Harriet | Glenpoint OB/GYN | 414-961-7444 | light out still in exam room, ETA? | Joe | sent to email to let me or her knowUpdate: Done, JR 11:15 8-19 | phone | ck |
| 604 | 8/19/08 | 10:50 | Mara | Johnson Direct | 262-782-2750 | having custom conference table made 144"x48" will it fit in elevator? | Joe/Kevin | sent to emails Update: will fit per Kevin, CK called Mara. To let us know, so we can pad elevator. | phone | ck |
| 604 | 8/19/08 | 11:00 | Kim Martin | Healthcare Recoveries | | suite 150 has a light out in office | Kevin | sent to email | email | ck |
| 372 | 8/19/08 | 11:28 | Carly Gavre | Pinstripe | 262-439-1100 | left toilet in the women's bathroom is leaking at the top of the pipes when flushed | Gary | sent to emailUpdate: GY done, 2:42 pm thinks A/C RTU leaking, will talk to MWUpdate: CK called Linda, A/c working fine, they think sprinkler systems leaking. About 7 leaks throughout office. 2 in front soaked. Overhang seperated from bldg, clients notice & report, leaks on them when raining. | email | ck |
| 113 | 8/19/08 | 11:30 | Linda | HSBC | 414-365-8889 | roof leaking in suite, tiles are spotting. Overhang in front is loose. | Kevin | | phone | ck |
| 376 | 8/19/08 | 3:05 | Ken | Metavante | 414-815-2424 | wants Dean to call him back re: elevator guys who are on site now. | Dean S. | called Dean. He'll call Ken back. | phone | vg |
| 376 | 8/19/08 | 4:00 | Ward | Metavante | | cube 2038 and several others complaining it's too cold. Guy said he'd duct tape shut the vent. Ward advised to check temp set 72-75 or redirect vent to keep him happy delete Linda Weirauch & add Jackie Mulnix on key fob report. Delete Mike Koroscik | Dean | sent to email 8-20 am | phone | ck |
| 323 | 8/19/08 | 3:45 | Mark Golata | Oncology Alliance | | still issues w/flies in men's bathroom 2nd fl east side of bldg. Following up on conversation Dave Armstrong had w/Gary re: exterminator coming out. | Joe | sent to email | email | ck |
| 602 | 8/20/08 | 7:07 | Pam Halverson | Crum & Forster Central Claims | no tel @ given in email | change access card #05500 from HR Spare to Ashley Trickey w/ same access | Gary Y. Mark G. / cc to John R. | sent email to Gary Update: Batzner sprayed w/ chemicals emailed Mark w/cc to John 8:12 ooops! Forgot Mark off today. 9:13 UPDATE: John completed. | email | vg |
| 608 | 8/20/08 | 8:01 | Edwina Bednar | Old Republic Surety @ Deer Creek | 262-797-2640 | back door is sticking and needs adjustment, sometimes doesn't close completely | John R. | | email | vg |
| 372 | 8/20/08 | 8:46 | Dick Pankratz | IFS | 262-317-7448 | Thank you for prompt response. Batzner poured chemicals down drain for fruit flies. Also a strong odor. Sev. People reported this too. How will we handle? | Gary | sent to emailUpdate: done working good, GY 3:22pm | email | ck |
| 642 | 8/20/08 | 9:33 | Pam Halverson | Crum & Forster Central Claims | | 1st floor light out in freezer (cafeteria) | Gary | sent to email to update all of us. Update: Batzner sprayed w/ chemicals and GY filled drain with soap & water. | email | ck |
| 376 | 8/20/08 | 9:46 | LeRisa | Metavante | | | Dean | sent to email Update: done 10:22 | email | ck |
| 371 | 8/20/08 | 1:12 | Julie Pyne | DDN 800 WP | no tel # given in email | ladies room toilet, handicap stall, clogged; | Dean S. | emailed to Dean | email | vg |
| 374 | 8/20/08 | 3:20 | Carol | Froedtert @ 200 WP | | Carol requesting lights be dimmed down at girls desk who gets frequent migraines | Dean | sent to email | phone | ck |
| 385 | 8/20/08 | 3:45 | Beth Berger | Xerox @ 400 So Ex Dr | 262-797-5366 | needs "spare" access card #100744 to include 440 bldg so contractor can access both 400 & 440 bldgs after hours TONIGHT ONLY. | Vicki G. | Contractor will return key tomorrow morning to Bethy but she'll keep card this way until she decides it's not necessary anymore. | phone | vg |

Case 2:09-cv-00283-PJG    Filed 09/04/09    Page 5 of 8    Document 28-3

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 385 | 8/20/08 | 4:00 | Kate | Cricket Communications | 847-315-9530 | 1st day in new office. Windows are really dirty, when is it scheduled. | Christy | MW talked to JR, a sprinkler went haywire and sprayed their windows. MW to have Ace Windows out today or tomorrow. Replied to Kathy. CK | phone | ck |
| 136 | 8/21/08 | 12:29am | Rita | Stanley security | 800-704-7608 | haven't received the test signal for the night | ? | | BUZZ | ck |
| 372 | 8/21/08 | 8:10 | Christy | Pinstripe | | Joyce Krausert's office locked somehow. Can you unlock? Gary | | will be over shortly | phone | ck |
| 384 | 8/21/08 | 10:08 | Janet Andrews | Portamedic | 262-821-3800 | Carpets are soiled from renovation process. Building paying for it? Their main entrance is soiled & normal soiling from traffic | MW/Christy | MW sent email to John Baitz to schedule carpet cleaning on separate invoice. | email | ck |
| 346 | 8/21/08 | 9:32 | Don Campbell | QPS @ Pinn II | 262-754-9000 | they're scheduled to have meeting in lwr level lunchroom @ 10-4. Norlight has a server room off the lunchroom, the doors are wide open & noise is LOUD. Can anything be done? | Joe R. | Joe called Norlight (262-792-9700). Servers went down last night; lost AC & computers; they have doors open to cool down room. 10:42 UPDATE Joe spoke w/Sherry of QPS, doors closed now, Joe thinks ok with Norlight. If a prob, they'll prop doors open. | phone | vg |
| 334 | 8/21/08 | 10:43 | | Cambridge | 262-641-3467 | Suite 240 1/2 is way too warm, no a/c | Kevin | will go there soonUpdate: Grunau called. | phone | ck |
| 376 | 8/21/08 | 12:20 | Kent | Metavante | 414-815-2424 | same noise is back from last week, ceiling dead duck outside of south window facing water, please remove | Dean | **sent to blackberry** | phone | ck |
| 385 | 8/22/08 | 8:10 | Kate | Cricket Communications | | | Mark | sent to emailUpdate: MG removed | phone | ck |
| 387 | 8/22/08 | 9:00 | Waste Management Ruth | Froedtert | 414-777-0035 | 2 cars parked in front of Recycle containers, can't dump overhead lights out in Finance Dept, Tina's area | Dean | will try again tomorrow sent to email | email | ck |
| 395 | 8/22/08 | 9:51 | | | | | | | email | ck |
| 398 | 8/22/08 | 11:49 | Sharon Sloan | Bode Fniancial Group Racine | 262-898-7300 | change bulb in flourescent light located in main lobby | JBFacilities | sent via internetUPdate: done 8-25 | email | ck |
| 396 | 8/24/08 | 11:25 | Andy | Security Services | 262-923-6953 | the door isn't secure at 401 send Metavante w.o. to replace/repair front door locks at 401 WP | Dean | divd Dean 11:28am | BUZZ | vg |
| 376 | 8/25/08 | 8:00 | Dean | CBRE TECH | | door sqeaky by receptionist, cube 1101 | Christy | sent to metavante | person | ck |
| 376 | 8/25/08 | 8:28 | Gretchen | Metavante | | kitchen faucet leaking, 2 ceilings tiles need securing in Gary Hies's office & Lora Walberts cube. | Dean | sent to email Done: 2:40 DS | phone | ck |
| 408 | 8/25/08 | 8:00 | Vicki Quint | Old Republic | 262-797-3401 | Are cards #1968 & #1970 24/7 at 6/6?? | Mark G./ John | sent to emails | email | ck |
| 408 | 8/25/08 | 10:15 | Vicki Quint | Old Republic | 262-797-3401 | 3rd fl toilet continuously flushing. | Mark G. | sent to email | email | ck |
| 402 | 8/25/08 | 11:02 | Kathy Black | OSI @ 200 So. Ex. Dr. | | | Gary Y. | emailed to Gary. 1:05 UPDATE repaired | email | vg |
| 408 | 8/25/08 | 11:03 | Dean | Old Republic Risk @ Deer Creek | 262-797-3401 | 3rd fl kitchen faucet dripping | Mark G. / cc to John R. | emailed to Mark cc to John | email | vg |
| 404 | 8/25/08 | 11:22 | Carol Lambeseder | Trover Solutions @ Maplewood | 262-207-6769 | 2 broken door handles in Suite 150 | Kevin N. | emailed to KevinUpdate: KN still working on issue, 4:00PM JM | email | vg |
| 409 | 8/25/08 | 11:48 | Anna Miller | Allstate | 608-798-5601 | office temp is over 81 degrees | Caleb | sent email to check for us. Cathy called Capitol Automation to adjust | email | ck |
| 9-1 | 8/25/08 | 11:55 | Rory | Ideal Image (corporate) | 813-286-8100 | when do monthly charges @ RiverPoint increase? when do monthly charges @ Brookfield Commons increase? | Tom S. / Vicki G. | Tom verified / Vicki returned Rory's call that increase occurs Nov 1st. | phone | ck |
| 90 | 8/25/08 | 11:55 | Rory. | Ideal Image (corporate) | 813-286-8100 | please further explain sweep entrance way and police grounds | Jamie M. | Jamie returned Rory's call. | phone | ck |
| 409 | 8/25/08 | 1:25 | Anna Miller | Allstate | 608-798-5601 | 3rd fl stairwell door isn't working properly; swipe card | Cathy O | question directed to CO; CO to respond. | email | vg |
| 372 | 8/25/08 | 1:56 | Alounna Goldberg | OSI @ 200 So. Ex. Dr. | Kathy Black's tel # 262-780-7309 | doesn't open door but card works fine everywhere else. Also works if you're leaving 3rd floor. | Gary Y. | emailed to Gary. 2:19 UPDATE from Gary done | email | vg |
| 408 | 8/25/08 | 3:29 | Vicki Quint | Old Republic | | Can Mark call her regarding 2 leaking faucets? Can washers be put in to work well enough for 1 1/2 yrs until remodel? | Mark | sent to email Update: MG to look at on Tues. w/ John to determine | email | ck |
| 392 | 8/26/08 | 8:00 | Debbie Krajewski | HQ | 262-789-2777 | handicap button on main door isn't working. & Suite G on 2nd floor lock isn't working at all | Gary | sent to email | phone | ck |
| 395 | 8/26/08 | 8:00 | Sara Polivka | Froedtert | 262-789-2777 | Air Maintenance needs roof door opened on 8-28 to clean vents for the cafeteria | Dean | sent to email | email | ck |
| 392 | 8/26/08 | 9:30 | Paula Schwulst | HQ | | 2nd floor mens room has soap dispenser that's broken | Gary | sent to emailUpdate: dispenser installed, 11:10am | email | ck |
| 385 | 8/26/08 | 11:50 | Kate | Cricket Communications | 262-814-2633 | haven't had any cleaning service since moved in, trash is piling up. Can day porter come? No one has extra keys ?s on new 2nd floor expansion area locks, etc | John/Christy | sent to email, make sure day porter goes there & is also serviced nightly.Update: Jorge is sending day porter over there now, no keys available per john for entry after hours. He doesn't even have one. Jorge will have them go daily too.CK | phone | ck |
| 232 | 8/26/08 | 12:44 | Barb | HQ | | | Gary | sent to email to call her will call Otis immediately; 1:11 UPDATE: actually he called Braun Thyssenkrupp Elevator (current contract) they'll be there within 30mins. | phone | ck |
| 323 | 8/26/08 | 1:00 | Rob | Letter carrier | | stuck in elevator | Joe | | phone | ck |
| 323 | 8/26/08 | 1:15 | Mark | Oncology Alliance | 414-507-0092 cell | wants to know about elevator; who put OUT OF SERVICE sign up; what to tell chemo patient who uses cane needs to us elevator for therapy; cannot use stairs. | Joe | Joe will call Mark. 8/27 8:30 UPDATE: Elevator fixed for now; need to replace bad starter relay; awaiting part; will replace 8/27 or 8/27. MW says we won't send out a tenant memo unless it goes down again. | phone | vg |

Case 2:09-cv-00289-PJG   Filed 09/04/09   Page 6 of 8   Document 28-3

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 385 | 8/26/08 | 1:25 | Karen | Kemper @ 400 So. Ex. Dr. | 262-792-6334 cell 414-510-6064 | 3rd fl ladies room toilet continuously flushing | John R. | emailed John | phone | vg |
| 334 | 8/26/08 | 3:20 | Time Warner | Suite 260 | | needs to disconnect service. Please open phone room. getting pretty warm, 80 degrees. Clients in tomorrow & Thrs. Please cool off | Kevin | won't be able to today, will call Time Warner tech | phone | ck |
| 372 | 8/26/08 | 3:21 | Jeremy Bellin | Sedgwick | 262-785-8770 | | Gary | sent to email, told Jeremy sent email to Gregg 8:55 UPDATE: they were doing fire sprinkler testing this morning and believe that to be the cause, he spoke w/tenant. | email | ck |
| 336 | 8/26/08 | 8:04 | Jeff | JB Investment @ Pinn I | 262-439-2100 | odor from sink in suite msg for John: Bill Moriarity will take the deer & sleigh; he has pick up; wants to pick up Fri 8/29; where/when can he meet you? | Gregg L. | emailed to John. 8/28 9:28 UPDATE: John will meet Bill Moriarity in lobby of their bldg @ 1:30. | phone | vg |
| 350 | 8/26/08 | 10:03 | Vicki Quint | Old Republic Risk @ Deer Creek | 262-797-3401 | supervisory fire panel trouble signal | John R. | | email | vg |
| 350 | 8/26/08 | 11:46 | Dan | Central 1 security | 800-933-4762 | supervisory fire panel trouble signal | Doug | | BUZZ | ck |
| 350 | 8/27/08 | 3:27 | Dan | Central 1 security | 800-933-4762 | supervisory fire panel trouble signal | Doug | | BUZZ | ck |
| 350 | 8/27/08 | 4:26 | Dan | Central 1 security | 800-933-4762 | supervisory fire panel trouble signal | Doug | | BUZZ | ck |
| 350 | 8/27/08 | 9:40 | Dan | Central 1 security | 800-933-4762 | supervisory fire panel trouble signal | Doug | lmom | phone | ck |
| 350 | 8/27/08 | 8:39 | Vicki | Old Republic | | go ahead and have 1st & 3rd floor kitchen faucets replaced by plumber | Mark/John | will complete on 9-2-08, informed VQ | email | ck |
| 350 | 8/27/08 | 9:59 | Vicki | Old Republic | | one large trash bin for 4th floor MIS dept. | Mark | sent to email. Update: Done | email | ck |
| 392 | 8/27/08 | 1:40 | Carly Gavre | Pinstripe | 262-439-1100 | toilet leaking, far left stall women's room. | Gary | sent to emailUpdate: done Gary 8-27 | email | ck |
| 372 | 8/27/08 | 1:35 | Jeremy Bellin | Sedgwick | | really hot again in there | gary | sent to email | email | ck |
| 350 | 8/27/08 | 2:20 | Edwina Bednar | Old Republic | 262-797-2640 | deactivate cards #16682, 17431 for Alan Pavlic, assign #01924 to him | Mark/John | sent to email | email | ck |
| 75508 | 8/27/08 | 2:23 | Edwina Bednar Liz Dietz | Old Republic Vrakas/Blum @ Deer Creek | 262-797-2640 262-797-0400 | need 4 Access 1 cards and 4 Access 3 cards asap 8/28 8:15 FOLLOW UP: has theis been completed? light out in reception | Mark/John Mark/John | sent to email FOLLOW UP: sent email to Mark/John again - the guys were in training 8/27 afternoon. 8:37 Mark responded that it's been taken care of. sent to email | email email | ck ck |
| 409 | 8/27/08 | 4:24 | Anna Miller | Allstate | 608-798-5601 | kitchen faucet needs repair; entire faucet fell off - water shotting into air & drenched employee! | Cathy O | CO left msg w/Sauk Plains Plumbing. As soon as she hears back from them, she'll contact Anna @ Allstate. | email | vg |
| 430 | 8/27/08 | 6:31 | Shirley Benedicta Fowlkes (msg doesn't indicate where she's from) | Central Security | 800-933-4762 | **FROM BUZZ** fire panel trouble signal; left msg on Doug's cell. | Doug A. | sent email to Doug asking for update. 10:17 UPDATE: Doug says he's waiting to hear from Fire Detector Group to fix problem. | email | vg |
| 433 | 8/28/08 | 6:36 | Susan (CVS drug store) | re: Greyound station CVS @ RiverPoint | 414-383-3961 401-770-4997 | **From BUZZ** requesting shower be installed at station. Please call her. **FROM BUZZ** returning call from Vicki | Cathy O Vicki G. | gave cc of msg to Cathy O. VG returned call | email email | vg vg |
| | 8/28/08 | 7:08 | | | | | | | | |
| | 8/28/08 | 7:24 | Dina Sebastian | re: Froedtert | 414-805-9094 | **FROM BUZZ** please have Margaret call Dina Sebastian or John Balzer | Margaret W. | gave cc of msg to Margaret. | email | vg |
| 409 | 8/28/08 | 7:27 | Sue | of Sauk Plains Plumbing | 608-798-2121 | **FROM BUZZ** FOLLOW UP TO 8/27 issue @ Allstate: sending plumber now to repair kitchn faucet | Cathy O | gave msg to Cathy O. | email | vg |
| 374 | 8/28/08 | 8:28 | Denise | Wells Fargo @ 200 WP | 414-973-6768 | toilet paper rolls too loose (?); keeps falling on floor; change brands? | Dean S. | | phone | vg |
| 385 | 8/28/08 | 8:38 | Karen | Kemper @ 400 So. Ex. Dr. | 262-792-6334 | 2nd fl vents blowing TOO COLD especially on north side; south side probably keeps warmer because of sun | John R. Dean S. | emailed John sent email to Dean | phone | vg |
| 375 | 8/28/08 | 9:11 | Sara Polivka | Froedtert @ 400 WP | 414-777-0035 | overhead life out in PFS 1st fl Laura Finley's cube Change #4061from Carrie Pegelow to SPARE, She has terminated | Mark G. / cc to John R. | sent email to John who forwarded to Mark (oops) | email | vg |
| 350 | 8/28/08 | 10:17 | Vicki Quint | Old Republic Risk @ Deer Creek | 262-797-3401 | | John R. | sent email to Mark cc to John | email | vg |
| 350 | 8/28/08 | 10:31 | Jackie (?) | Travelers @ Deer Creek | 262-797-5630 | 2nd fl men's urinal plugged wants to confirm that front doors and elevator are locked for Monday (holiday) | Mark G. | sent email to Joe 11:29 UPDATE: Monday's holiday is programmed in the computer for autolock. | phone | vg |
| 23 | 8/28/08 | 11:24 | Mark | Oncology Alliance | 414-778-4331 | please change card #05743 from HR Spare to Sheila Biller | Mark G. / cc to John R. | sent email to Mark & cc John 8/29 8:48 UPDATE: Mark completed | email | vg |
| 350 | 8/28/08 | 12:29 | Edwina Bednar | Old Republic @ Deer Creek | 262-797-2640 | please change card #23963 from HR Spare to Carol Etzel Applegate; keep access as is. | John R. | sent email to Mark & cc John 8/29 8:48 UPDATE: Mark completed | email | vg |
| 372 | 8/28/08 | 1:56 | Walter | Sedgwick | no tel given | they're having problems with opening & closing curtains. | Gary Y. | sent email to Gary. | phone | vg |
| 23 | 8/28/08 | 1:54 | Mark | Oncology Alliance | 414-778-4331 | need new key fob for new hire ASAP Mary Davidson. PLEASE LEAVE @ FRONT RECEPTION DESK. Use w/6:30 - 6:00 access | Joe | sent email to Joe 8/29 9:23 UPDATE Joe completed. | phone | vg |
| 23 | 8/28/08 | 2:46 | Mark Golata | Oncology Alliance | 414-778-4331 | "standard access". | Joe | sent email to Joe 8/29 9:29 UPDATE Joe completed. Doug is working on batteries so if we get anymore calls about this yet this afternoon, we don't have to call Doug again. | phone | vg |
| 350 | 8/28/08 | 3:27 | Jason of Central 1 | re: 211 W. Wisconsin | no tel # given | another fire panel alarm **"we rec'd fax from FROM BUZZ 8/29 but this call came in @ 12:24 yesterday"** locked out of office (335); do you have spare keys? | Doug A. | | phone | vg |
| 347 | 8/29/08 | 6:32 | Jenny | Bader Rutter @ Pinn III | 262-784-7200 x590 | | Gary Y. | Gary took care of it. | phone | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 347 | 8/29/08 | 6:32 | Jerry Walker | of Tax Air Freight (delivery company) | no tel # given | **we rec'd fax from FROM BUZZ 8/29 but this call came in @ 12:24 yesterday** he's at bldg w/delivery but can't find anyone to accept it. | Gary Y. | Gary took care of it. | phone | vg |
| NA | 8/29/08 | 6:24 | John Pszonak | of Berghammer | 414-406-7318 | **FROM BUZZ** wants Margaret to call him | Margaret W. | made cc of fax & put on MW's chair. Left vm for John that MW out until 11AM today. called Joe; he says we don't do that tenant anymore; VG called Ogden; Sheila sent their maint. guy over and will call the alarm co AGAIN to tell them to change records to call OGDEN and not CB. DDP says our ans serv knows to tell security co that we don't have that property anymore. | phone | vg |
| 96 | 8/29/08 | 8:15 | Paula | of Stanley Security | | fire alarm @ Fuddruckers; fire dept dispatched. | Joe R. | | phone | vg |
| 7808 | 8/29/08 | 9:45 | Edwina Bednar | Old Republic @ Deer Creek | 262-797-2640 | there is a cricket sound coming from one fo the elevators. Can you check into it? | Mark G. / cc to John R. | sent to Mark & John. 9:47 UPDATE: they know about it but everytime we go in there we can't find him. Edwina says the noise has been constant all week. | phone | vg |
| 34 | 8/29/08 | 8:13 | Ron Sloan | Sloan & Associates @ Maplewood | | not complaining but offering observation: garbage is piled up around and ON dumpster which is being ripped apart by animals which this could encourage other animals to come around. If he were looking to lease that bldg, this would turn him off. | Margaret W. | sent email to MW with Ron's observations. until Waste Management strike is over, garbage will be a problem everywhere. 11:35 UPDATE: called Waste Mgmt; they put in request to dispatch pick up today; they'll call 359-1900 when they send someone out. Believes they're picking up on weekend too! Left vm for Ron Sloan 11:50AM Kevin said Joe is working on this w/Butters Fettig. MW called Joe He needs to go to the property & tell tenants to go back to office. MW also tried calling Bob Fiedler (Fiedler Const) to find out what's going on. | phone | vg |
| 34 | 8/29/08 | 10:19 | Karen | PLS Financial | 414-235-1657 414-359-3000 Option 3 then 2 will get to Operator) | called to say that the whole bldg is outside because the fire alarm is going off. Do we know what's going on? | Kevin N. | | phone | vg |
| 96 | 8/29/08 | 2:30 | Gretchen | Metavante | | requesting paint cans & tarps in parking lot be removed; been there for awhile now. | Dean S. | he thought they were gone already but will call Boldt Construction & ask that they be removed. | phone | vg |
| 80 | 8/30/08 | 4:25 | Operator 342 | Communications support | 800-443-8865 | Burglary alarm zone 1. Main door forced | Doug | dlvd Doug 4:26 | BUZZ | ck |
| 4 | 8/30/08 | 5:11 | Rhonda | Pay Day Loan | 414-371-1100 | sewage is coming up at the bathroom | Kevin | dlvd Kevin 5:21 | BUZZ | ck |
| 93 | 8/31/08 | 10:13 | Kathy | Cup of Java | 414-202-7813 | drain is backing up, need service asap | Kevin | dlvd Kevin 10:15am, Pay Day Loan is coming out today to take care of this. | BUZZ | ck |
| 93 | 8/31/08 | 11:06 | Kathy | Cup of Java | 414-202-7813 | please call back again | Kevin | dlvd Kevin 11:08 | BUZZ | ck |