| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 137 | 8/1/07 | 8:36 | Wendy Ekstrom (assistant VP) | Shorewest Realtors @ New Berlin Plaza | 262-784-8466 | trash & glass from Goodwill in the parking lot. Realtors are driving over glass to get to work. | Joe R. | Joe can't get there until this afternoon. Sent e-mail to Tom S. Sent request via email. Per M.W. a/c on from 8am-1pm, after 1pm they will get charged extra. Will ask for authorization request if still wanted. 10:45 am, Mickey confirmed they don't want extra A/C for the 18th. | phone | vg |
| 335 | 8/1/07 | 8:30 | Mickey | Unitran Ins./400 S. Executive Dr. | 262-207-8606 | Aug 18th requests a/c be on all day for carpet cleaners. | John Rulli | Already taken care of problem. | phone | ck |
| 365 | 8/1/07 | 11:00 | Collette | Traveler's Deer Creek | | 1st floor ladies room 4th stall doesn't flush./ | John Rulli | LMOM | phone | ck |
| 365 | 8/1/07 | 11:26 | Ameri-prise Financial | Suite 200, Pinnacle I | 262-797-8828 | A/C is too cold, clients are complaining | Gregg | Tom will call Dave S. to find out if it's a false alarm or not. | phone | ck |
| 370 | 8/1/07 | 3:06 | Alarm Company | | | Fire alarm going off - Fire Dept. was called | Tom S. | Sent to blackberry to check out tomorrow, and tenants are ok with | phone | vg |
| 372 | 8/1/07 | 3:58 | Nancy | HQ Regis, 200 S. Executive Dr. | 262-789-2777 | A/C too warm in Preferred Lending on 2nd Floor. | Darrell | waiting until AM. | phone | ck |
| 103 | 8/2/07 | 8:19 | Kate | Kildeer Ct., Dr. Randy Wynn's office | 414-371-9966 | Soap dispensers are not working, electronic | Dean | Will call Nasco to go fix. | phone | ck |
| 334 | 8/2/07 | 8:28 | Mara | Johnson Direct, Maplewood suite 203 | | Sink backed up in office. | Dave | LM on cell | phone | ck |
| | 8/2/07 | 9:26 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | de-activate card #1918 - lost and change #1985 from "spare" to Dave Jalowiec and 24/7 access. | Vicki G. | made changes as requested | email | vg |
| 365 | 8/2/07 | 11:43 | Jonah | Café Osher @ Audubon Court | 414-351-9660 | front door does not close | Dean S. | (Bill Steele says because this is a friend of Ned's and we replaced their back door already, we should look into it.) Dean will check into it. | phone | vg |
| 365 | 8/2/07 | 12:40 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | Glass door has metal plate that came off. | John Rulli | Sent to blackberry to check out. | email | ck |
| 354 | 8/2/07 | 1:25 | Debbie Krajewski | Regus Group @ Maplewood | 262-785-7990 | loud chattering noise whenever AC goes on. | Darrell A. | Darrell will check it out. | email | vg |
| 365 | 8/2/07 | 2:12 | Barb Kloss | Interactive Business Systems, Inc. @ 400 South Executive Drive | 262-786-0220 | activate card #10256 for new employee Daniel Rieder (new employee) starting 8/6/07 | Vicki G. | made changes as requested | email | vg |
| 365 | 8/3/07 | 9:00 | Vicki Quint | Deer Creek | 262-797-3401 | 1st floor kitchen area sink is dripping. | John Rulli | Will go check it out. | email | ck |
| 365 | 8/3/07 | 9:00 | Phayvanh Rajavong | High Tech Inst. 440 S. Exec. Dr. | 262-373-7022 | 2nd floor bubbler needs fixing, front locks need to be fixed, windows are filthy outside and MA class floor needs buffing. | John Rulli | Will fix door locks and bubblers, checking on windows and floors | email | ck |
| 365 | 8/3/07 | 9:17 | Ingrid | Maplewood Suite 110 | 262-821-5996 | Lights out in offices | Dave | Will go check it out. | phone | ck |
| 365 | 8/3/07 | 10:31 | Chrystal | Source Point Staffing @ Kildeer Court | 414-434-1119 | neither of the new soap dispensers are working; | Dean S. | Dean was told about it yesterday; he already called to have it looked at. | phone | vg |
| 354 | 8/3/07 | 10:45 | Carol Lambeseder | Trover Solutions | 502-515-8616 | No hand soap in the 1st floor ladies room | Metro Clean | Called Metro Clean - they will take care of this | phone | JM |
| 352 | 8/3/07 | 0:00 | Kathy | HQ Regis, 200 S. Executive Dr. | | A/c too cold in Dan Sedgewick's office "H" | Darrell | Will go check it out. | phone | ck |
| 370 | 8/6/07 | 8:20 | Kelly Ace Window Cleaning | @ Brookfield Commons | 531-9778 | Needs unoccupied spaces opened to clean inside windows. | Dave S. | Called Dave, w/ man's cell #. Dave had doors unlocked already though. Dave tried to call #, disconnected. Will wait for man to call back. | phone | ck |
| | 8/6/07 | 10:00 | Megan | HQ Regis, 200 S. Executive Dr. | 262-785-7990 | Requesting a rolling dumpster be brought on Wed. for office clean up. | Dave | Sent request via email. | phone | ck |
| 365 | 8/6/07 | 10:46 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | change card #1648 from Jamie Gregg-Graczkowski to SPARE. | Vicki G. | made changes as requested PLUS notified Vicki Quint that I changed the access from 24/7 to 6am - 6pm like all other SPARE cards. | email | vg |
| 361 | 8/6/07 | 11:32 | Richard of Badger Construction | Badger Construction | 608-225-9832 cell | He was looking at A/C by Pancake House; iced up; water coming out @ bottom | Rick Surrarrer | Rick will call Richard's cell and try to find him (Rick is next door to Pancake House fixing ceiling tiles). | phone | vg |
| 365 | 8/6/07 | 2:43 | Edwina Bednar | Old Republic Surety @ Deer Creek | 262-797-2640 | change card #05732 from Jessica Carlson to HR SPARE (keep 6am - 6pm access). | Vicki G. | made change as requested | email | vg |
| 347 | 8/7/07 | 8:14 | Laurie | Gentle Family Dentistry/New Berlin Plaza | 262-797-8303 | Ceiling leaking where previously tiles were wet. Have buckets out. | Joe | Will call roofer. | phone | ck |
| 334 | 8/7/07 | 8:45 | krista | HQ Regis, 200 S. Executive Dr. | 262-785-7990 | Ceiling lights out in hall facing woods. | Dave | Will go fix. | phone | ck |
| 334 | 8/7/07 | 8:49 | Ingrid | Maplewood Suite 110 | 262-821-5996 | Lights out in kitchen and hallway. | Dave | Will go fix. | email | ck |
| 375 | 8/7/07 | 8:00 | Lori Paul | Wells Fargo | 414-577-7250 | Remove Liz Bart & Phil Johnson from building access. | Kevin | Sent to Blackberry | email | ck |
| 350 | 8/7/07 | 8:00 | Lori Paul | Wells Fargo | 414-577-7250 | Remove Kenneth Nelson from building access. | Kevin | Sent to Blackberry | email | ck |
| 372 | 8/7/07 | 10:25 | Sheila, Pay Day Loan | Sequoia Center | 414-371-1100 | Roof leaking, water seeping down wall. | Dean | Will go over to check it out. | email | ck |
| 365-2 | 8/7/07 | 11:10 | Tammy Caprillion | Beauty Centre @ Audubon Court | 414-540-4095 | Roof leaking; concerned about laminate floor buckling | Bob V. | Will go over to check it out. | phone | vg |
| 193-2 | 8/7/07 | 11:30 | Jonah | Café Osher @ Audubon Court | 414-351-9660 | Rear door lock isn't working properly, We previously replaced door. | Bob V. | LM on cell | phone | ck |
| 619 | 8/7/07 | 12:02 | We Energies | | 800-242-9137 | recorded message from We Energies advising us that they'll be installing a new electric or gas meter in our building in the next 2 business days, continuous roof leak problems; ceiling tiles sagging at | Margaret W. | sent e-mail to Margaret | phone | vg |
| 380 | 8/7/07 | 1:37 | Glenn | Mid-America Bank (68th & State St) | 414-747-6580 | main entrance | Joe R. | Joe will get someone out there to take a look | phone | vg |
| 365 | 8/7/07 | 3:50 | Vicki Quint | Old Republic Surety @ Deer Creek | 262-797-3401 | Spot on ceiling tile leaking. | John Rulli | Sent to blackberry | email | ck |
| 374 | 8/8/07 | 8:19 | Carol Lambeseder | Trover Solutions, Maplewood | 414-839-9521 | Several lights out in office. | Dave | Sent to blackberry | email | ck |
| 350 | 8/8/07 | 9:43 | Central One Security | re: 211 Building | | Fire alarm going off - Fire Dept. was called | Donna DP | Donna called Doug | phone | vg |
| 372 | 8/8/07 | 9:56 | Carol Lambeseder | Trover Solutions, Maplewood | 414-839-9521 | 1st floor ladies room 1st stall toilet doesn't flush | Dave | Sent to Blackberry | email | ck |
| 365 | 8/8/07 | 10:00 | Liz Dietz | Vrakas/Blum | | Needs to reserve conference room | Jamie | Reserved conf. room the August 13th - all day | email | JM |
| 334 | 8/8/07 | 12:40 | Pat Dieck | Advisors | | Need new key card for new employee, Brian Keeling. | Darrel | Sent request to email | email | ck |
| 346-2 | 8/8/07 | 1:01 | Maureen | QPS @ Pinnacle II | 262-754-6337 | back door in office not shutting | Gregg L. | He's in the building; he'll go talk to her | phone | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | 8/8/07 | 1:17 | Tony | US Post Office @ Sequoia Center | 414-334-4425 | needs utility room opened (Dean should call Tony or Diane if any questions) | Dean S. | Dean will go there now and figure out which of the 2 utility rooms they need opened. | phone | vg |
| 403 | 8/8/07 | 1:38 | Chrystal | Source Point Staffing @ Kildeer Court | 414-434-1119 | she called us 8/3 re: neither of the new soap dispensers are working. They're STILL not working. | Dean S. | Dean says to verify w/cleaning co. if dispensers full. Ask Nasco why they don't work. Beautiful Cleaning 262-317-1003 will supply temp. soap dispenser. 8/10: VG left vm Kevin McKlain @ Nasco for help 414-405-3595 | phone | vg |
| 403 | 8/8/07 | 1:38 | Chrystal UPDATE | UPDATE Source Point Staffing @ Kildeer Court | 414-434-1119 | UPDATE: she called us 8/3 re: neither of the new soap dispensers are working. They're STILL not working. | Dean S. | UPDATE 8/20: Kevin will comp 1 case for trouble; Cleaning co order direct w/"Linda" tel 414-422-9960 or fax 414-422-0480 | update | vg |
| 315 | 8/8/07 | 2:30 | Jody Ventura | Eppstein Uhen | 262-797-5366 | Light bulbs out in elevator - client coming in about 30 min | Doug | Doug will either stop on his way home, and go in early. | phone | jm |
| 355 | 8/8/07 | 8:15 | Beth | Xerox, 400 S. Executive Dr. | 877-236-8327 | Needs John to open up phone room. | John Rulli | Will go open it now. | phone | ck |
| 346-2 | 8/9/07 | 7:31 | Centec Security | Pinnacle II | | Supervisory Fire Signal | Gregg | Dlvd. Mesg. To Gregg at 7:32am | PMC | ck |
| 403 | 8/9/07 | 8:45 | Jeff Haines | Source Point Staffing @ Kildeer Court | 414-434-1124 | Roof leaking, ceiling tiles soaked. Water seeping around a window, drywall soft & mushy. | Dean/Ryan | Dean on his way to go look at situation. Will go check it out. See note above from (Aug 8th) previous contact w/ cleaners per VG | email | ck |
| 403 | 8/9/07 | 10:34 | Kate | Randy Wynn's @ Kildeer Ct. | 414-371-9966 | Soap dispensers are not working, electronic Right side elevator isn't working at all, doors won't open, can't hear it moving. | Dean | Will go check it out. | phone | ck |
| 384 | 8/9/07 | 10:50 | Debbie Krajewski | HQ Regis, 200 S. Executive Dr. | | Roof still leaking;it's leaking onto dryer chair where they have to process clients. | Darrell | Will go check it out. | phone | ck |
| 375-2 | 8/9/07 | 11:16 | Tammy Caprillion | Beauty Centre @ Audubon Court | 414-540-4095 | | Bob V. | Bob believes it is the AC. Will go over to check it out. left vm for Gregg because he was in the basement - we got cut off UPDATE: Gregg shut off the water today; he'll go back tomorrow to try to fix the faucet. | phone | vg |
| 346-3 | 8/9/07 | 1:08 | Brianna | Bader Rudder @ Pinnacle III | 262-784-7200 | (1) coffee sink still not draining; (2) ALSO 2nd floor men's room faucet continuously running (can't turn it off) change card #01402 from SPARE to Randy Rennicke; change card #5814 from SPARE to Liz Vesterfelt; change card #10298 from SPARE to Michelle Schoessow (kept 24/7 access for all cards) | Gregg L. | | phone | vg |
| 385 | 8/9/07 | 9:17 | Monica Klein | Moore Wallace @ 400 South Ex. Dr. | 800-736-1281 x2206 | | Vicki G. | made change as requested | email | vg |
| 403 | 8/9/07 | 2:34 | Jeff Haines | Source Point Staffing @ Kildeer Court | 414-434-1124 | UPDATE to 8:45 today: roofer Christiansen was out there believes large hole causing both leaks (ste 220 & over Chrystal's desk); experiencing high humidity causing paper issues; AC is set to 71. Can anything be done? | e-mail sent direct to Ryan M. | awaiting response from Ryan M. Sent to blackberry, not an emergency, requested him to look at 8/10. UPDATE 8/10:Dawn from Fitness called; no one called her re: AC. VG told Dawn Dean will be there this AM. | email | vg |
| 374 | 8/9/07 | 4:27 | Dawn | Victory Lady @ Southgate | 414-282-6877 | A/C bearings are very noisy. | Dean | Service order #7310060 was placed according to PMC, Joe going to go look at property! | phone | ck |
| 293 | 8/9/07 | 5:30 | Johnson Controls | JC Penny's, Timmerman Plaza | 800-346-9780 | Front window dropped 6 in. to the floor, needs to be replaced. | Joe | Sent in request via internet. | PMC | ck |
| 308 | 8/10/07 | 8:30 | Mike Fox | 4061 Racine, Johnson Bank | | Needs phone room unlocked for next 2 days. | JB Facilities | | phone | ck |
| 275 | 8/10/07 | 9:00 | Sara Polivka | 400 WP | 414-777-5110 | 5-6 Hornets nests building under overhang, please remove | Kevin | Sent to blackberry | email | ck |
| 384 | 8/10/07 | 9:00 | Debbie Krajewski | HQ Regis, 200 S. Executive Dr. | 262-785-7990 | Lights out in hallway in front of Gibson & Henneman office. | Darrell | Sent to blackberry | email | ck |
| 403 | 8/10/07 | 10:00 | Chrystal Otto | Source Point Staffing @ Kildeer Court | 414-434-1119 | Ceiling tile is soaked above her desk, please replace Delete card #11125 (lost); Delete card #11166 (old); changed card #1986 from spare to Barry Martin keeping 24/7 access. | Dean | Sent to blackberry, he's already aware of situation. | email | ck |
| 365 | 8/10/07 | 10:07 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | change card #17458 from SPARE to Richard Allsop | Vicki G. | made change as requested | email | vg |
| 365 | 8/10/07 | 10:34 | Claudia Lindsay | Traveler's @ Deer Creek | 262-797-2139 | keeping 24/7 front door (only) access | Vicki G. | made change as requested | email | vg |
| 356 | 8/10/07 | 11:40 | Patti Stuetgen | Wells Fargo, 401 WP | 414-973-6444 | No hot water in 1st floor ladies room. | Kevin | Sent to blackberry | email | ck |
| 300 | 8/10/07 | 1:31 | | HSN Security | 800-347-8200 | ref #83212277 they're receiving a fire system alarm re: their secondary telephone line. | Joe R. | Joe will go check it out | phone | vg |
| 355 | 8/10/07 | 1:48 | Eric Taylor | Zeiler Realty | 312-735-0610 cell | needs to get into the mechanical room (they're the realtor looking to buy property) | John R./Mark Gruszkowski | Margaret received email of problem. She informed Darrell of situation and to go look at it. | phone | vg |
| 122 | 8/10/07 | 2:30 | Don Kozelek | OSI, 200 So. Executive | 262-787-4148 | Leaking ceiling? In Northwest corner of Payment Processing. (Was called in back in April w/ resolution) Odor now | Darrell | | email | ck |
| 180 | 8/11/07 | 10:12pm | Jenny, alarm monitoring | Brookfield Commons | 800-877-3624 | Alarm code trouble | Darrell | mesg. Dlvd to darrell at 10:16pm | PMC | ck |
| 180 | 8/11/07 | 7:31pm | carmen, alarm monitoring | Brookfield Commons | 800-877-3624 | Alarm code trouble | Darrell | msg left @ 7:35pm, dlvd. @7:36pm | PMC | ck |
| 350 | 8/11/07 | 6:52pm | Oper. 142, Communication Support | IRS building | 800-482-9800 | Burglary alarm, main door | Doug | dlvd msg. @ 7:15pm | PMC | ck |
| 346-2 | 8/11/07 | 5:27pm | Norlight Co. | Pinnacle II | 262-792-4020 | Smoke detector alarm going off. | Greg Luther | Dlvd. Mesg. To Gregg at 5:31pm | PMC | ck |
| 180 | 8/11/07 | 5:07pm | Emerg. 24 | Brookfield Commons | 800-877-3624 | Alarm code trouble | not dispatched | Message was not dispatched to anyone. | PMC | ck |
| 180 | 8/12/07 | 11:09 | Alarm Monitoring | Brookfield Commons | 800-877-3624 | Alarm code trouble | Darrell | dlvd. 11:11pm | PMC | ck |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 346-2 | 8/12/07 | 11:01pm | Centec Security | Pinnacle II | 877-236-8327 | Fire Trouble Panel alarm | Gregg | called on cell, N/A. dlvd Gregg 11:07PM | PMC | ck |
| 346-2 | 8/12/07 | 1:19pm | Norlight Co. | Pinnacle II | 800-809-4340 | Front door is not securing & people are walking in | Gregg | dlvd. To Gregg 1:22pm | PMC | ck |
| 346-2 | 8/13/07 | 5:42pm | Centec Security | Pinnacle II | 877-236-8327 | Line Failure alarm | Gregg | Left message on Gregg's cell at 5:44 | PMC | ck |
| 180 | 8/13/07 | 6:31am | Oper. 7 | Brookfield Commons | 800-877-3624 | Getting trouble signal alarm | Darrell | dlvd. Message to Darrell at 6:35 am | PMC | ck |
|  | 8/10/07 | 9:25pm | Blue Knight Security, Patrol Report | Pinnacle 1 |  | 2 Main doors open. Had to push hard to get locks to catch | Gregg | informed Gregg on Mon. 13th of patrol report findings. | email | ck |
| 336 | 8/13/07 | 8:24 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | Reactivate card #11125 for Barry Martin (found); delete card #4103 (old card). | Vicki G. | made change as requested | email | vg |
| 335 | 8/13/07 | 8:30 | Alarm Monitoring | Brookfield Commons | 800-877-3624 | 2 reports of alarm code trouble, one at 8:30 and 8:58 am | Christy | informed Tom Schoback of multiple alarm code problems over weekend and today. | phone | ck |
| 335 | 8/13/07 | 9:34 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | Delete card #17354 (lost) and change "spare" #1919 to Maureen Dugan with 24/7 and garage access | Vicki G. | made change as requested | email | vg |
| 172 | 8/13/07 | 10:00 | Wells Fargo | 200 WP | 414-973-5417 | inquiring on progress of 3 access cards for new employees | Kevin | spoke to Kevin, he's waiting for the key card # from Joe Gabor, Will stop by his office today to speak in person to him. | phone | ck |
| 385 | 8/13/07 | 10:05 | Monica Klein | 400 S. Exec. Dr. suite 110 | 800-736-1281 x2206 | Need 2 more blue recycling bins for office clean up. | John R | Sent message to blackberry. | email | ck |
| 300 | 8/13/07 | 10:40 | Doug, HSM Security | 11100 W. Burleigh Rd. |  | Alarm code trouble | Christy | recorded message | phone | ck |
| 303 | 8/13/07 | 11:25 | Ken, Brooke Ins. | Sequoia Center | 414-371-9945 | A/C stopped working | Dean | LM on cell | phone | ck |
| 385 | 8/13/07 | 3:42 | Claudia Lindsay | Travelers @ Deer Creek | 262-797-2139 | Change card #1885 from Jackie Hein to Diana Mulranin with 24/7 access to front door of bldg. | Vicki G. | made change as requested | email | vg |
| 403 | 8/13/07 | 6:16 | Gary | Kildeer Ct. | 262-366-7829 | Blew a fuse due to remodeling | Dean S. | dlvd msg @ 6:19pm | PMC | ck |
| 180 | 8/13/07 | 5:04pm | Alarm monitoring center | Brookfield Commons | 800-877-3624 | Trouble alarm, reset | Darrell | called Darrell 2x @ home w/ no answer/ Dlvd msg on cell 5:10pm | PMC | ck |
| 385 | 8/14/07 | 8:53 | Sherry, High tech Inst. | 440 s. Exec. | 262-641-9944 | A/C too cold in classrooms | John | Will go check it out. | phone | ck |
| 352 | 8/14/07 | 9:21 | Kathy | OSI, 200 So. Executive | 262-780-7309 | A/C too cold in section | Darrell | Will go check it out. | Phone | ck |
|  |  |  |  |  |  |  |  | Called Dean, said Ryan takes care of this because roof is really bad; Ryan not here now, sent email to followup. 10:30 Ryan followed up w/ Pioneer Roofing to go over to building. Guy had already left a vm yesterday for him. |  |  |
| 338 | 8/14/07 | 9:30 | Dave Chase | 5960 W. Brown Deer | 414-355-0123 | Roof leaking in office. | Dean/Ryan |  | phone | ck |
| 334 | 8/14/00 | 9:55 | Debbie Krajewski | HQ Regis, 250 N. Sunnyslope | 262-785-7990 | Light out in Atrium | Dave | Called will go check it out. | email | ck |
| 385 | 8/14/07 | 11:02:00 AM | Liz Dietz | Vrakas/Blum |  | 3rd stall in 4th floor ladies rm won't flush sometimes | John | forwarded to blackberry | email | ck |
| 304 | 8/14/07 | 11:29 | Victory Lady | Southgate |  | Back door from hallway is not locking. | Dean | Vic. Lady called Bill S. directly, I dispatched to Dean, he will go out there to fix. | phone | ck |
| 385 | 8/15/07 | 8:00 | Janell Manson | Old Republic Surety @ Deer Creek | 262-797-2643 | Pos. abandoned van in back of west parking lot. Plate 206-AGR. | John | sent initial email to blackberry to check out. | email | ck |
| 334 | 8/15/07 | 9:30 | Dr. Carters office | Maplewood Suite 290 | 262-754-9460 | Dr. Carters office door sticks, hard to get out of it. | Dave | Will go check it out. | phone | ck |
|  | 8/15/07 | 9:20 | Janet | 200 WP, Strategem | 262-532-2700 800-736-1281 | Someone lost their Ipod last night in parking lot. Keep an eye open for it. | Dean | Called Dean to watch for it today | phone | ck |
| 385 | 8/15/07 | 7:34 | Monica Klein | Moore Wallace @ 400 South Ex. Dr. Old Republic Risk Management @ Deer Creek | x2206 | Print card access report for card #5814 and #1422 | Vicki G. | made change as requested PLUS deleted unnecessary SPARE cards. | email | vg |
| 335 | 8/15/07 | 9:36 | Vicki Quint |  | 262-797-3401 | Change card #1899 from Tiffany Ahrnsbrak (no longer employed there) to SPARE | Vicki G. | made change as requested | email | vg |
| 334 | 8/15/07 | 9:43 | Christa Chojnacki | HQ Regis, 250 N. Sunnyslope | 262-785-7990 | Office 342 was left complete open w/lights on from last night. Client said it was closed last night when he left @ 4:30pm. | Margaret W. | Margaret received email of problem and informed Tony & Diana @ Metro Clean to correct & review security issues w/staff. | email | vg |
| 334 | 8/15/07 | 10:40 | Debbie Krajewski | HQ Regis, 250 N. Sunnyslope., suite 300 | 262-785-7990 | Steve Tewes office 307 thermostat not working well, Temp reads off 3 degrees | Dave | Sent to blackberry to check out soon. He's covering all Pinnacles too | email | ck |
| 174 | 8/15/07 | 12:00 | Gas Company | Woodlands Marketplace |  | Needs to mark off gas lines, wants a maintenance man there | Dean | Will go over to check it out | phone | ck |
| 507-5 | 8/15/07 | 1:26 | Nicole | Weas Development | 414-852-3372 cell | she used the key she picked up from us yesterday to get into the residential property but an alarm is going off (she doesn't want the police to stop by and arrest her). | Margaret W./ Dean S. | Margaret said there's no ongoing alarm company keeping "watch" of that property. Called Dean to go check it out. Nicole will await Dean's arrival. | phone | vg |
| 385 | 8/15/07 | 3:30 | Unitrin | 400 S. Exec. Dr. suite 200 | 262-207-8606 | a/c too cold - adjust | John | LM on cell | phone | ck |
| 385 | 8/15/07 | after 3:00 | Old Republic, Rose | Deer Creek |  | 3rd floor mens' room urinal not flushing, called M.W. direct line and John Rulli's cell, not the main phone #. | John | M.W. called John, he will take care of it on 8-16 | Phone | ck |
| 325 | 8/16/07 | 9:40 | Sara Polivka | 400 WP | 414-777-5110 | tree islands in parking lots are overwatered and created puddles that have slippery green slim, inquiry to fix that | Kevin | Will call David J. Frank | email | ck |
| 325 | 8/16/07 | 9:45 | Sara Polivka | 400 WP | 414-777-5110 | Lobby doors squeaks loudly and do not lock properly | Kevin | will go look at it | email | ck |
|  |  |  |  |  |  | Before his shift (he's manager) a workman came and was looking @ the ceiling, said he needed to go on the roof to check out alarm system. Kurt is verifying who this was and if legitimate workman. |  |  |  |  |
| 180 | 8/16/07 | 10:20 | Kurt, Subway | Brookfield Commons | 414-688-8141 |  | Dave | LM on cell w/ information and to call Kurt on cell # to discuss. | phone | ck |
| 334 | 8/16/07 | 10:45 | Debbie Krajewski | HQ Regis, 250 S. Sunnyslope | 262-785-7990 | Light still out in atrium from request 2 days ago. | Dave | Sent to blackberry | email | ck |
| 385 | 8/16/07 | 11:45 | Jane | GAB Robbins, 440 S. executive dr. | 262-827-0132 x102 | Dead fish floating in pond outside her office. She called city of Brookfield already to report. | Margaret | Talked to John Rulli to go look at it and he talked to M.W. for further clarification. | phone | ck |

Case 2:09-cv-00289-PJG    Filed 09/04/09    Page 3 of 8    Document 28-4

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 346-2 | 8/16/07 | 12:09 | Meggie Kusch | Regency Janitorial | 262-641-9090 | Per M.W. request a day porter to go Pinnacle II to clean dust from construction floors 2 & 3 offices and workstations | Christy | LM to call me back. 12:17 returned call, will have the on-site janitor go over there, will call back up if needed. | phone | ck |
| 403 | 8/16/07 | 12:54 | | Shorehaven | 414-546-2170 | Men's 2nd floor urinal leaking | Dean S. | left vm for Dean to check it out | phone | vg |
| 365 | 8/16/07 | 1:14 | Janell Manson | Old Republic Surety @ Deer Creek | 262-797-2643 | Defibrillators for Deer Creek?... | Tom S. | Donna forwarded this e-mail to Tom for response | email | vg |
| 374 | 8/16/07 | 2:57 | Lori Paul | 200 wp | | James Dickens, Joshep Kraetz, Jenny Fenzl all need continual access to building. | Kevin | forwarded to blackberry | email | ck |
| 400 | 8/16/07 | 8:56 | Jane | HSM Security | | trouble alarm on secondary phone line | Joe R. | Joe is already at property awaiting AT&T's arrival | phone | vg |
| 334 | 8/17/07 | 1:50 | Kristy | HQ @ Maplewood | 262-785-7990 | needs one of the elevators padded for a new tenant moving in on Tuesday, SEPTEMBER 4th. | Dave S. | Dave will take care of it. | phone | vg |
| 334 | 8/17/07 | 1:50 | Debbie Krajewski | HQ @ Maplewood | 262-785-7990 | needs 5 more badges (access cards?) ASAP. Two badges are broken: #2299 #2268 | Darrell A. | faxed to Darrell | email | vg |
| 346-2 | 8/17/07 | 1:54 | Sherry | Norlight @ Pinnacle II | 262-792-9700 | rec'd delivery of umbrellas for tables outside; they're in the mail room. | Dave S. | Dave will go get them (they're actually for Pinnacle III) Sent to blackberry | phone | vg |
| 379 | 8/17/07 | 2:08 | Rita Norek | Sattell, Johnson, Appel | 414-390-1499 | Light out in conference room | Kevin | Dave is having Joe R. go to property 1st thing on Mon. I contacted Karen via email with that information and expressed an apology in the delay. | email | ck |
| 334 | 8/17/07 | 3:00 | Karen Pizur | PLS Financial Service, suite 200 | 312-491-7860 #2 | a/c not working correctly, men's room in sad shape | Dave | LM on cell, also told tenant the cleaning crew will be there soon and can likely clean it. | email | ck |
| 382 | 8/17/07 | 4:37 | | 200 S. Executive Dr. Suite 100 | | 1st floor men's room has urinal that overflowed | Darrell | | phone | ck |
| 134 | 8/20/07 | 7:12 | Denise of ADT via Pilgrim Message Center | Southgate Marketplace | 800-238-2727 | Fire alarm going off, NOT identified as emergency; Dean was called. | Dean | Dean was on his way to check this out; email was forwarded to Bill Steele | email | vg |
| 163-1 | 8/20/07 | 8:13 | Dr. David Lubar DDS | Dr. David Lubar DDS | 414-352-7700 | Roof leaking in 3 different spots; he'll show maintenance guy when he gets out there. | Bob V. | Bob will check it out. | phone | vg |
| 113 | 8/20/07 | 8:16 | Kelly | Shorehaven @ Kildeer Court | 414-467-3530 cell | Debris on floor from ceiling collapse in suite 200 only-no other suites. | Dean | Dean will check it out when he gets the chance - he's working on fire alarm at Southgate now. | phone | vg |
| 173 | 8/20/07 | 8:05 | Lynn | Raychen Pharmacy, 9th St. | 414-486-3100 | Roof leaking in pharmacy area. | Richard Seaman | Called cell and he will go check it out and call roofer. | phone | ck |
| 150 | 8/19/07 | 8:40 | Lt. Otis | 211 W. Wisconsin | 414-788-1135 | Alarm going off in basement Lower level basement starting to flood, doesn't know how much. | Doug | Dlvd message at 8:44 | PMC | ck |
| 162-1 | 8/19/07 | 10:25 | David Kang | Riverpoint Office building | 414-351-3131 | | Bob V. | Msg. delivered at 10:28 | PMC | ck |
| 161 | 8/19/07 | 10:56 | Joshua Martin | Orange Shoe Gin, Nesbitt | 608-219-5357 | Water coming in from roof. | Rick Surrarrer | called Rick's cell lm @ 10:58, dlvd. @ 11:25 | PMC | ck |
| 150 | 8/19/07 | 12:47 | Operator 196 | Communications Support | 800-482-9800 | Burglar alarm, main door forced, no message from PMC typed. Don't know what problem was | Doug | Dlvd to Doug @ 12:49 | PMC | ck |
| 141 | 8/19/07 | 1:40 | Theresa Smith | Lord Spinal Care | 608-576-8474 | Roof is leaking | Rick Surrarrer | Dlvd. @ 1:44 | PMC | ck |
| 133 | 8/20/07 | 5:58am | Kathy | Cup of Java, 6913 W. Brown Deer Rd. | 414-537-7970 | Heat is on in an area of office | Dean | Dlvd. To Dean @ 6:00am | PMC | ck |
| 092 | 8/20/07 | 8:47 | Cathy | OSI, 200 So. Executive | | | Darrell | Called, will go look at it. | phone | ck |
| 103 | 8/20/07 | 8:35 | Maribelle | American General, 2972 S. Executive | 414-744-7600 | roof leaking by A/C and down walls | Dean | Will go check it out. | phone | ck |
| 372 | 8/20/07 | 8:30 | Lisa Nelson | Jefferson Wells, 200 S. Executive | 262-957-3460 | Light flickering above a desk | Darrell | forwarded to blackberry | email | ck |
| 133 | 8/20/07 | 8:50 | David | Lifetime Computing, 5960 W. Brown Deer EDS, Suite 110 Pinnacle I | 414-355-0123 | Roof leaking in server room | Ryan McIlwee | told Ryan and he'll call roofer. Called Pioneer Roofing,1154 | phone | ck |
| 336 | 8/20/07 | 9:15 | Jim | IFS North America, Inc. @ 200 South Executive Drive | | A/C alarm saying power needs to be recycled. men's room urinal on 1st floor/elevator side of lobby plugged up. | Darrell | Angus not working, sent to email instead | phone | ck |
| 372 | 8/20/07 | 10:11 | Dick Van Cross | | 262-317-7448 | | Darrell A. | Darrell will check it out. | phone | vg |
| 346-2 | 8/20/07 | 10:15 | Maureen | QPS @ Pinnacle II | 262-754-6337 | Conference room has 2-3 leaks, and gnat problem in front reception area. | Dave Rancy McCray @ HAS cell 414-788-2009 | Conference room being used currently, sent him email regarding maintenance request.  Angus not working | phone | ck |
| 210 | 8/20/07 | 11:07 | | HSM Security re: 11100 W. Burleigh | | Communication of fire signal: the fire dept. as NOT called HSM sercurity emailed to Deb Reed in Schaumburg, Zone 8 flow alarm, called Fire Dept. NO correspondence by phone or other to CBRE maintenance. Margaret W. received email. | | HSA trying to get their alarm system switched to Simplex but for now HSM is "still on duty". If we get anymore calls from HSM, call Randy. | phone | vg |
| 244 | 8/20/07 | 11:15 | HSM | Fulton Dr. Property | | | Joe R. | Dispatched him to go over asap.  Jamie to follow up w/ HSM to find out what the reason is we didn't get any calls etc. | email | ck |
| 166 | 8/20/07 | 11:47 | Jim | EDS @ Pinnacle I | 262-780-7221 | Dave S. needs to come back to let the A/C guy into the softner room. | Dave S. | Dave will take care of it. | phone | vg |
| 395 | 8/20/07 12:00thru ? | | Deer Creek | All Tenants | | Power out in entire building.  All tenants are calling. UPDATE 1:30 - LIGHTS ARE BACK ON AT ALL BLDGS per John Rulli | John R | Will go check it out. | Phone | ck |
| 395 | 8/20/07 12:00 thru ? | | 400/440 S. Executive Dr. | All Tenants (ie Barb Kloss) | Barb's cell 414-736-3189 | Power out in entire building.  All tenants are calling. UPDATE 1:30 - LIGHTS ARE BACK ON AT ALL BLDGS per John Rulli | John | Will go check it out. | phone | ck |
| 385 | 8/20/07 | 12:10 | Jennifer | ADT re: 400 South Executive Drive | | Supervisory Fire trouble Signal | John | John says it probably has something to do with the power outage? Will call someone to go out to look at roof. Update: 9:00am 8-21-07 H&R Block corp. called yesterday he called w/ wrong build. Info.  Not our property w/ roof leak. LM for Dean of details. | phone | vg |
| 134 | 8/20/07 | 12:35 | | 3254 S. 27th St. | 314-392-2754 | H&R Block | Roof leaking | Dean | | phone | ck |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 334 | 8/20/07 | 12:48 | Nancy | HQ Regis, Maplewood; Nancy now @ 200 Bldg | | Ceiling tile in office 21 has leaking marks, 1st floor mens room has urinal not flushing, 2nd floor wong's wok is too cold. | Dave | Sent requests to blackberry. 1:40 UPDATE: Dave called to say Wong's Wok is @ 200 bldg NOT Maplewood; nancy used to be @ Maplewood now she's @ 200 bldg. will forward this informatino to Darrell because Darrell handles the 200 bldg. | phone | ck |
| 334 | 8/20/07 | 1:52 | Debbie | HQ @ Maplewood | 262-785-7990 | Office # 325 has water marked ceiling tile with water dripping down wall. | Dave S. | Dave will check it out. | phone | vg |
| 372 | 8/20/07 | 2:05 | Nancy | HQ Regis - 200 S. Executive | 789-2777 | Tony w/ Quest - all bulbs burnt out in his office | Darrell | Darrell will check with Nancy as to where Tony's located | phone | jm |
| 213 | 8/20/07 | 6:13 | Kathy | Cup of Java, 6913 W. Brown Deer Rd. | 414-202-7813 | Roof is leaking | Dean | Dlvd msg @ 6:15pm | PMC | ck |
| 113 | 8/20/07 | 6:22 | Kathy | Cup of Java, 6913 W. Brown Deer Rd. | 414-202-7813 | Roof is leaking. | Dean | Per Dean call Kathy back & tell her he has a call into the manager & he will have the manager call her back. | PMC | ck |
| 27 | 8/21/07 | 9:56 | Dunham's | 17300 W. Bluemound | 262-797-9100 | Bent their mailbox key, asking for 2 more. | Joe | Will go over to check it out. | phone | ck |
| 133 | 8/21/07 | 9:55 | Dave | Dollar Tree - Timmerman Plaza | 414-534-7874 | Bad leak in storage room | Joe | Will go over to check it out. | phone | jm |
| 334 | 8/21/07 | 10:15 | Jeff Ladwig | Maplewood, Suite 240 | 262-614-3476 | Several lights out in office. | Dave | forwarded to blackberry | email | ck |
| 365 | 8/21/07 | 10:45 | Erica | Travelers @ Deer Creek | 262-797-2068 | 2nd floor - mens room toilet overflow | John | left message on cell | phone | jm |
| 334 | 8/21/07 | 11:10 | Donna | Sloane & Associates | | Someone leaving door open on S. end | Dave | left message for him to keep an eye out for it | phone | jm |
| 334 | 8/21/07 | 11:20 | HQ Regis, suite 101 | 200 S. Executive Dr. Suite | 262-789-2777 | Requesting more client access cards, 25 | Dave | sent email to blackberry | phone | ck |
| 365 | 8/21/07 | 11:30 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | changed access card #1828 to a spare with 6-6 access | Jamie | Completed | email | jm |
| 133 | 8/21/07 | 12:25 | Johnson Controls | Timmerman Plaza, JC Penny's | 800-346-9780 | Roof leaking in furniture dept. | Joe | He will get someone out there. | fax | ck |
| 334 | 8/21/07 | 12:45 | Debbie | HQ @ Maplewood | 262-785-7990 | Easil sign that was in the lobby is missing | Dave | Called Dave - he hasn't seen it either | phone | jm |
| 133 | 8/21/07 | 3:36 | Johnson Controls | Timmerman Plaza, JC Penny's | 800-346-9780 | Water pouring down from the roof on the west side at the main entrance. Not raining. | Joe | He will call the roofers who are there to see first if they are doing something to cause it. | fax | ck |
| 133 | 8/22/07 | 8:30 | David Chase | Lifetime Computing, 5960 W. Brown Deer | 414-355-0123 | Spoke with David - the leaking roof has been patched, but the ceiling still needs patching | Dean | Dean will stop out there today and take a look at the damages | phone | jm |
| 365 | 8/22/07 | 8:45 | Rose | Old Republic Surety @ Deer Creek | 262-797-2648 | main entrance glass doors are not locking and people are randomly walking into building w/o proper access. | John | Will go over to check it out. | phone | ck |
| 141-1 | 8/22/07 | 11:45 | Wayne | Aurora Clinic, Riverpoint | 414-550-1026 | Roof dripping. | Bob V. | Will go over to check it out. | phone | ck |
| 365 | 8/22/07 | 1:45 | Erica Bausch | Travelers @ Deer Creek | 262-797-2068 | there are various lights out in their office | John R. | John will give the call to Mark G. for tomorrow. | phone | vg |
| 365 | 8/22/07 | 2:37 | Edwina Bednar | Old Republic Surety @ Deer Creek | 262-797-2640 | Change card #1855 from Kelly Rait (no longer employed there) to Lindsey Robinson - keeping 6-6 access | Vicki G. | made change as requested | email | vg |
| 365 | 8/22/07 | 3:07 | Edwina Bednar | Old Republic Surety @ Deer Creek | 262-797-2640 | Change card #1855 from HR Spare to Larie Harrell - keeping 6-6 access | Vicki G. | made change as requested | email | vg |
| | 8/22/07 | 3:17 | Peggy | Dr. Mandel's Office @ Brown Deer Office Center | | wants outside lights to be on until 7PM because it's getting dark out sooner, AND all fire extinguishers in lobby are expired. | Dean S. / Jamie M. | PMC left a msg., forwarded to Kevin to check out. UPDATE:8:35 am Kevin @ site called flashing on A/C appears to have opened up from storm last night and water blew in. Called Grunau to double check. | phone | vg |
| 142-2 | 8/23/07 | 7:29 | Jim | Barber Shop, Apple Run | 262-251-4410 | Vacant child care space has a ceiling tile down and saturated with water. | Kevin | | phone | ck |
| 85 | 8/23/07 | 8:15 | Mike, Ace Window | 400/440 Executive Dr | | Needing access to buildings to clean 1st floor windows inside. | Mark G. | LM on cell to meet them and open doors. | phone | ck |
| 372 | 8/23/07 | 8:25 | Cathy | OSI, 200 S. Executive | 262-780-7309 | Payment processing room has a major leak. | Darrell | Going over there right away. | phone | ck |
| 372 | 8/23/07 | 8:34 | Don Kozelek | OSI, 200 So. Executive | 262-787-4148 | Roof Leak in Payment processing room via email to Margaret Wendelburg | Darrell/Margaret | Sent reply that Darrell was on his way already to look at it. | email | ck |
| 365 | 8/23/07 | | Janell Manson Christy/Vicki | Old Republic, Suite 110 Deer Creek | 262-797-2643 414-359-1900 | Automatic Locks on 2 doors @ suite 110 not working properly. HR door locked continuously-should be open from 7:45-4:15; other door is locked as should be but cards don't work. | Mark G. | Vicki called Mark to inform Innonvative to look at the door in addition to the previous work order. | phone/email office | ck |
| 85 | 8/23/07 | 9:24 | | CBRE | | A/c too cold, all week | Donna DP | Mark called Liberty (why?) 8/22. UPDATE: 8:55 John R called; need to call Innovative for locks, not Liberty. 9:05 VG called Innovative (Thad) gave them Mark G's cell # so they can meet @ bldg in 1 hr. UPDATE 11:32: Thad helped VG download panels - got it corrected. Turn up thermostat 1 degree | | ck |
| 365 | 8/23/07 | 9:45 | Gary Heis | Old Republic, Suite 110 Deer Creek | | 4th floor has a door being propped open by a garbage pail because door locks aren't working right w/ access cards | Mark G. | LM on cell for request. To call me back if he can not organize. And to contact her with ok. | phone | ck |
| 334 | 8/23/07 | 11:07 | Debbie | HQ, Maplewood suite 300 | 262-785-7990 | Requesting entrance doors be unlocked Sat. Seeing clients from 7:30am-2pm. | Dave | Mark will check into it. | phone | ck |
| 335 | 8/23/07 | 11:28 | Mickey (female) | 400 South Ex. Drive | 262-207-8606 | 2nd fl ladies room - one of the toilet seats is loose | Mark G. | | phone | vg |
| 346-2 | 8/23/07 | 12:00 | Mary Hauser | Dewitt Ross - Pinnacle II | 608-283-5541 | Concerned as to why Peter Schwabe is not completing work in there space | Dave | Called Dave. Dave put a call into Peter Shwabe. Will contact Mary will any information. | phone | jm |
| 162-2 | 8/23/07 | 1:56 | We Energies | | 800-662-4797 | recorded message from We Energies apologizing for inconvenience of power outage caused by weather at 383 W. Brown Deer Rd. They believe all power is restored. If we still have problem call them. | Bob V. | Bob said some of the tenants stayed closed today. Of the ones that are open, they all seem to have all their power. | phone | vg |
| 114 | 8/23/07 | 1:03 | Dr. Brown | 6900 W. Brown Deer Rd. | 414-365-9510 | Ladies room in "atrocious" shape, complaints from patients | Dean | Called him, he'll go over there. | phone | ck |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 365 | 8/23/07 | 2:10 | Edwina Bednar | Old Republic Surety @ Deer Creek | 262-797-2640 | Change card #16699 from Bob Bowman to HR Spare keeping current access | Vicki G. | made change as requested | email | vg |
| 385 | 8/23/07 | 2:42 | Beth Berger | Xerox, 400 S. Executive Dr. | | Request to open phone room in basement for At& T to work on immediately. | Mark G. | Will go over immediately | phone | ck |
| 334 | 8/24/07 | 8:10 | Debbie | HQ, Maplewood suite 300 | 262-785-7990 | Over Copy machine ceiling tiles bulging with water, some have fallen already water and tile mess everywhere. | Dave/Joe R. | Called Dave, he's at another project already. He will dispatch Joe to go over right away to take care of situation. | phone | ck |
| 390 | 8/24/07 | 10:08 | Jane | Carenza, Brookfield Commons | 262-827-1000 | Water dripping out of cold air return, have buckets down so clients won't slip. | Dave | Will go check it out Called Dave, he heard back from Peter Schwabe right around 5pm 8/23. He spoke with Brian (who's not in charge of the project) and was informed that the guy in charge was on vacation but he'd relay our concerns to him that the tenants are very unhappy that this work is not being completed. | phone | ck |
| 346-2 | 8/24/07 | 10:40 | Mary Hauser | Dewitt Ross - Pinnacle II | 608-283-5541 | Mary called questioning again Peter Schwabe's work in their space. Information on vehicle staying in lot over weekend. '07 Blue Chevy Impala license 714-LEN Friday night to Sunday night | Dave | | phone | jm |
| 336 | 8/24/07 | 10:50 | Ann | Pinnacle I | 414-586-0530 | questioning who is changing filters in A/C unit. | Christy | Called Blue Knight Security with info. | phone | ck |
| 343 | 8/24/07 | 11:55 | Carla | Curves, Kildeer Ct. | | Ceiling leaked a few days ago w/ the rain storm, ceiling tiles are water stained now. Matt had also lm for Bob V. | Dean | He'll take care of it. | phone | ck |
| 342 | 8/24/07 | 12:29 | Matt | Baha Tan, Riverpoint | 414-540-0000 | on his cell 2 days ago with no result She left a message on Margarets cell regarding two doors that aren't locking. I left her a voicemail message to return my call | Bob V. | lm on cell | phone | ck |
| 346-2 | 8/24/07 | 1:40 | Audrey | Dewitt Ross - Pinnacle II | 262-754-2840 | | Jamie | Will wait for call back to dispatch work order | phone | jm |
| 350 | 8/26/07 | 9:04pm | Communication Support | IRS building | 800-482-9800 | Burglary alarm | Doug | Dlvd. To Doug @ 9:17pm Per Darrell call Steve back & let him know the gas co. is there now working on something & may have opened a pipe. Called Steve back & gave him message. | PMC | ck |
| 352 | 8/27/07 | 7:58 | Steve Bernier | IFS North America, Inc. @ 200 South Executive Drive | 262-317-7414 | Gas or propane odor by front door. Sent an email to Ryan &Dan(?), doors were still locked @ 7:45. Who were to sign in @ 7:30 & start the exam @ 8am. What happened? | Darrell | | PMC | ck |
| 397 | 8/27/07 | 8:14 | Margaret Ross | Johnson Bank, 7500 Greenbay Rd. | 262-697-6263 | | JB Facilities | Sent a copy of email to JB Facilities. Jamie also forwarded a copy to Ryan. (He is on PTO today) | email | ck |
| 398 | 8/27/07 | 8:50 | Jim | Postal Store, Casaloma Plaza | 920-277-1889 | No Electricity or phones working. Doesn't appear to be affecting neighbor tenants | Garrett Gill | Let Bill Steele know, called Garrett he is on his way over now. Haven't heard from any other tenants. UPDATE: 9:29 Garrett called, entire city block is w/o electricity, no street lights either. Energy comp. on the scene. 9:58 Electric comp. called, power back on. | Phone | ck |
| 375 | 8/27/07 | 11:02 | Sara Polivka | 400 WP | | Inquiring if the front reception doors had been fixed while she was on vacation. | Kevin | Asked Kevin if the work was completed. Klein-Dickert was to come out last Monday to fix, never did. Per Kevin they will arrive today after work is complete at another project. Sent update info to Sara. | email | ck |
| 375 | 8/27/07 | 11:10 | Sara Polivka | 400 WP | | Inquiring on slip and Fall in Parking lot last week on green slim. ask Kevin to straighten out the UPS boxes in the corner by the mailbox - now that the water is gone from the corner, the boxes should be straightened up. | Margaret | Per MW, send incident report form to Sara for person to fill out, as this was the 1st we'd heard that person was injured. Forwarded to Sara, and informed of clean up by David J Frank and Kevin. | emal | ck |
| 379 | 8/27/07 | 1:18 | Tom Schoback | 800 Woodland Prime | 414-379-7960 cell | | Kevin N. | Kevin will take care of it as soon as he can | in person | vg |
| 393 | 8/27/07 | 2:19 | Bob | Johnson Controls @ Timmerman Plaza | | he's calling to verify some open work orders inquiring if announcement will be sent regarding Dean taking over for Kevin. She may want to send to rest of facility advisory board. | Ryan M. | sent e-mail to Ryan. | phone | vg |
| 375 | 8/27/07 | 2:30 | Sarah | Froedtert @ 400 Bldg | 414-379-7960 cell | | Margaret W. | e-mailed inquiry to Margaret | phone | vg |
| 393 | 8/28/07 | 10:00 | Bob | Johnson Controls @ Timmerman Plaza | 608-824-2200 | called again re: the open work orders from 8/27 | Ryan M. | sent follow up e-mail to Ryan | phone | vg |
| 395 | 8/28/07 | 10:18 | Joleen Breunig | W/ Optometric Association | | 4 can lights out, please replace today. | Rick Surrarer | Called, will go look at it. | email | ck |
| 341-3 | 8/28/07 | 10:24 | Sandi Nehls | Bader Rudder @ Pinnacle III | | | Dave | give her any info he knows from Batzner. Informed her that Dave Forward to blackberry | email | ck |
| 375 | 8/28/07 | 10:27 | Sara Polivka | 400 WP | | Please fix asap because cleaners are leaving it open. | Kevin | | email | ck |
| 100 | 8/28/07 | 10:00 | | AT&T | | Tom S. requested AT&T to be called. 8/22 invoice from Guetzke & Associates states alarm line #2 not working. | Tom S / Dave S. | VG called AT&T; tech will go to property to locate "break in line"; approved if cost incurred. AT&T TICKET #MS197647 UPDATE: Bob of AT&T says they replaced network interface, tagged line & tested everything okay. VG advised Tom S. Called Guetzke to verify alarm line is working. UPDATE 8/29 8:45 Guetzke says to have monitoring co get connection read. 11:35 HSM says everything okay. | phone | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 374 | 8/28/07 | 1:30 | Janet | Stratagem, Inc. @ 200 Woodland Prime | 262-532-2700 | someone at Stratagem, Inc. lost a Day-Timer (leather case) late last week; have we heard anything? | Margaret W. | Margaret hadn't heard anything; VG sent e-mail to CK, JM & DDP; Please call Janet @ Stratagem, Inc. 262-532-2700 when/if it is found 1:52 VG left vm for Dave S. / 1:58 Sherry of Norlight let Rich in at Pinnacle II but can't help him with Pinnacle III; called Dave again. 2:03 Dave called VG back; he's at Pinnacle III now-will try to hook up with Rich. | phone | vg |
| 392 & 3 | 8/28/07 | 1:50 | Rich | Consolidated Door | 414-397-3744 cell | needs to be able to get into underground parking structure to do preventive maint on garage doors. | Dave S. |  | phone | vg |
| 375 | 8/28/07 | 3:30 | Sara | Froedert @ 400 Bldg |  | Needs cleaning done in spaces on the 1st & 3rd floor (old GE space) | Paul Killion | Margaret sent an email to cleaning company - I followed up with a phone call & informed the tenant | phone | jm |
| 395 | 8/28/07 | 1:47 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | delete card #1645 (mutilated beyond it's working ability); assign new key card #1988 to Tunya King with 24/7. | Vicki G. | made change as requested | email | vg |
| 465 | 8/28/07 | 2:13 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | reactivate card #1918 as SPARE w/6-6 access | Vicki G. | made change as requested | email | vg |
|  | 8/28/07 | 3:56 | Tom Schoback |  |  | Tom rec'd letter about a roof leak from Dolgen Corp. (re: Dollar General @ #103). | Tom S / Dean S. | Dean will check it out in the morning. UPDATE 8/29 10:18 VG spoke w/Dean who will take Kevin to property and call VG back with report of if there's a roof leak or not. VG will in turn call Dolgen at property to find out if they contacted their corporate office to report roof leak. UPDATE: 8/30 Tom will contact tenant with info he got from Dean. | in person | vg |
|  | 8/28/07 | 4:18 | Laura | C N A Insurane | 262-821-4688 | A/c not working in building, when will they expect it to be on again. | Dave | Had a HVAC request form Bader Ruder earlier, Bredan out there, Needed a part, is on roof right now fixing. | phone | ck |
|  | 8/28/07 | 8:00 | Liz Dietz | Vrakas/Blum | 262-797-0400 | 2 round lights out *This msg. came in from Liz at 5:04 PM Tuesday | John R. | John will take care of these lights (which are above the receptionist) VG left vm on Rick's cell phone. Also forwarded cc of e-mail to Ryan M. UPDATE: Rick thinks it's their problem for leaving food out??? | email | vg |
|  | 8/29/07 | 8:11 |  | Pancake Café | 608-204-7040 | having a problem with maggots in the back room. Please call. *This msg. came in from Pilgrim Message Center @ 7:24 AM today | Rick Surrarrer | Ryan implied the same idea. | email | vg |
|  | 8/29/07 | 8:19 | Vicki Quint | Old Republic Risk Management @ Deer Creek | 262-797-3401 | wet ceiling on 3rd floor near Tammy Knight's cubicle (she left a vm for John R. already but also sent the e-mail to us). | John R. | John got the vm and will look into it | email | vg |
|  | 8/29/07 | 9:15 | Wendy | HFC, Suite 220 @ Maplewood | 262-821-2848 | 2 lights out | Dave S. | Left vm on Dave's cell | phone | jm |
|  | 8/29/07 | 9:50 | Janet Andrews | Portamedic | 262-821-3800 | Bad odor by one of the work stations, lights out in their suite, and bugs in the entrance to the building and in the hallways | Darrell | Spoke with Darrell, he will take care of all 3 issues | phone | jm |
|  | 8/29/07 | 10:35 | HSM |  |  | fire alarm; fire dept. dispatched for alarm at rear of building at electrical room | Dean S. | VG left vm on Dean's cell. UPDATE: Dean called to say it's a false alarm-can we cancel fire dept? - probably already on scene. | phone | vg |
| 334 | 8/29/07 | 10:45 | Janet Andrews | Portamedic | 262-821-3800 | Restrooms have been out of toiletpaper & soap in the afternoons | Jamie | Called Tony at Metro Clean - he will have it taken care of | phone | jm |
| 375 | 8/29/07 | 11:30 | Sara Polivka | Froedert @ 400 Bldg |  | Offices 243 & 244 are very cold | Kevin N. | Kevin will check it out | phone | jm |
| 336 | 8/29/07 | 12:45 | Karen | Sunlife @ Pinnacle I | 262-641-4030 | Toilet running in the mens room on the 4th Flr | Dave S. | Dave will look into it | phone | jm |
| 375 | 8/29/07 | 1:01 | Sara Polivka | Froedert @ 400 Bldg | 414*777*5010 | Air Maintenance will be here at 5:00 pm to clean the vent over the cafeteria grill up trough the roof. Per Kevin, the hatch door leading to the roof will be open. | FYI | According to Sara, Kevin knows about this Faxed to Kevin | email | vg |
| 374 | 8/29/07 | 1:51 | Lori Paul | Wells Fargo | 414-577-7250 | Access request | Kevin |  | faxed | jm |
| 394 | 8/29/07 | 1:55 | Dr. Carter | Dr. Carter's Office @ Maplewood | 262-754-9460 | Strong odor in 2nd floor women's room | Dave S. | Dave said there were some dry drains that they just poured something down to help eliminate - I also suggested ordering an odor eater or air freshner since there's not one currently | phone | jm |
| 403 | 8/29/07 | 3:30 | Jeff Haines | Source Point Staffing @ Kildeer Court | 414-434-1124 | Leak persists | Dean | Dean will stop & look since it's raining & get the roofers back out | phone | jm |
|  |  |  |  |  |  |  |  | VG will e-mail Dean 8/30 to have him meet Froedtert's security people on site @ 10:00; they need to get into closet to decide how many readers they need BEFORE we can ask for quote. UPDATE: Dean is available for 10 AM; he'll call Sara direct so she can get her security people then too. UPDATE 9/4 Sara requested quot from MW for 4 add'l card readers (see 9/4 entry for details). | e-mail AND |  |
| 375 | 8/29/07 | 3:51 | Sara Polivka | 400 WP | 414-777-5010 | need quote for keypads installed ASAP on 3rd fl east & west side doors and 1st fl north door. (Sara sent e-mail to MW but she won't be back from vacation until 9/4, so Sara called us.) | Dean S. |  | phone | vg/ddp |
| 370 | 8/29/07 | 4:20 | HSM |  |  | equipment alarm going off |  | Jamie knows they're in test mode until 5PM tonight | phone | vg |
| 350 | 8/29/07 | 8:23 | Central Station | 211 W. Wisconsin | 800-443-8865 | West lobby door was forced open | Doug | lm on Doug's cell @ 8:25, Dlvd msg. @ 8:44pm | PMC | ck |
| 393 | 8/29/07 | 6:20pm |  | N74 W12501 Leatherwood | 414-777-5010 | Alarm company code, people need to get to the roof | Kevin | dlvd to Kevin @ 6:21 | PMC | ck |
| 431 | 8/30/07 | 7:08 | Pancake House | Nesbitt Place, Fitchburg | 608-204-7040 | Maggots all over the place again. | Rick Surrarer | lm on Rick's cell 7:09am, they also called Ryan's cell this am and he in turn called Rick's phone and jm. | PMC | ck |
| 334 | 8/30/07 | 9:33 | Susan | Maplewood, Suite 240 | 262-641-3467 | flourescent lights out over a cubicle | Dave | Will go change lights. | phone | ck |
| 143 | 8/30/07 | 10:55 | JcPennys | Timmerman Plaza, JC Penny's | 800-346-9780 | There is an emergency fire door that's hard to open & door knob needs to be removed. | Dean | Will go over there to find out which door and fix. | fax | ck |
| 385 | 8/30/07 | 1:01 | Monica Klein | Moore Wallace @ 400 South Ex. Dr. | 800-736-1281 x2206 | need weekend entry for Monica Klein (#1422) or Liz Vesterfelt (#5814) for 8/18-8/19 and 8/25 -8/26 | Vicki G. | printed report from card system - e-mailed to Monica 8/31 | email | vg |

| Prop.# | Date | Time | Tenant Name | Tenant Company | Telephone # | Issue | Dispatched | Comments | Via e-mail | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 372 | 8/30/07 | 1:43 | Don Kozelek | OSI, 200 So. Executive | 262-787-4148 | Requested further information on 8/23 call regarding Roof Leak in Payment processing room via email to Margaret Wendelburg | Darrell | Sent reply that Darrell was on his way already to look at it. UPDATE: Per Darrell, he's requested quotes on repairs; will advise when decision made on how to repair. VG called Don to tell him we're awaiting quotes. | phone | vg |
| 374 | 8/30/07 | 2:30 | Lori Paul | 200 WP | | confirming if 3 access cards were made for James Dickens, Joseph Kraetz, Jenny Fenzl | Kevin | Forwarded email to Kevin to confirm | email | ck |
| 385 | 8/31/07 | 9:45 | Jane | 440 s. Exec. | 262-827-0132 | Dirt coming out of vent over "Audrey's" desk 2 days in a row | John | will go look at it | phone | ck |
| 398 | 8/31/07 | 10:20 | Karen David | 4061 N. Main St. | | ceiling tile in storage room fell down | JB Facilities | via internet sent request. | phone | ck |
| 372 | 8/31/07 | 10:33 | Sherry Thoele | Jefferson Wells, 200 S. Executive | 262-957-3446 | Water fountain not drain, coffee in it too. | Darrell | forwarded to blackberry | email | ck |
| 374 | 8/31/07 | 10:55 | Sara Polivka | 200 WP | | Reminder for Dean to block off parking lot on 9-10 for blood drive. | Dean | forwarded to blackberry | email | ck |
| 393 | 8/31/07 | 3:48 | Jesse Rosen | Fantasy Gifts, 2984 Chase Ave. | 414-747-2480 | Plumbing Pipe problems | Dean | Left msg on cell @ 3:49, dlvd to Dean @ 3:54 | PMC | ck |
| 385 | 8/31/07 | 1:50 | Beth Berger | Xerox, 400 S. Executive Dr. | 262-797-5366 | please deactivate Patrick Dunn's access card #100647, he's no longer an employee. | Vicki G. | made change requested | email | vg |