# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**JOHN RULLI,** on behalf of himself
and all others similarly situated,

        Plaintiffs,

v.      Case No. 09-CV-00289

**CB RICHARD ELLIS, INC.,**      Honorable Judge Patricia J. Gorence
a Foreign Corporation,

        Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appear as counsel of record for Defendant CB Richard Ellis, Inc. in the above-captioned action. We request that copies of all notices and other papers in this action be served upon us at the address below.

Dated this 12th day of May, 2010.

        **GREENBERG TRAURIG, LLP**

        /s/ Ruth A. Bahe-Jachna
        Ruth A. Bahe-Jachna
        Michael D. Karpeles
        Matthew F. Prewitt
        *Attorneys for Defendant CB Richard Ellis, Inc.*
        77 W. Wacker Drive, Suite 3100
        Chicago, IL 60601
        Telephone: (312) 456-8400
        Fax: (312) 456-8435
        baher@gtlaw.com
        karpelesm@gtlaw.com
        prewittm@gtlaw.com