# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**JOHN RULLI,** on behalf of himself
and all others similarly situated,

               Plaintiffs,

                     v.        Case No. 09-CV-00289

**CB RICHARD ELLIS, INC.,**        Honorable Judge Patricia J. Gorence
a Foreign Corporation,

             Defendant.

## REQUEST AND CONSENT
## FOR SUBSTITUTION OF COUNSEL

The undersigned hereby request and consent that the law firms of Greenberg Traurig, LLP and Reinhart Boerner Van Deuren s.c. be substituted as counsel of record in this action in place of Seyfarth Shaw, LLP and Littler Mendelson, PC as attorneys for Defendant CB Richard Ellis, Inc.

                        Seyfarth Shaw, LLP

                        By: /s/ Noah A. Finkel
Dated this 12th day of May, 2010.        Noah A. Finkel

                        Littler Mendelson, PC

                        By: /s/ Laura A. Lindner
Dated this 12th day of May, 2010.        Laura A. Lindner

Dated this 12th day of May, 2010.    /s/ Ruth A. Bahe-Jachna
Ruth A. Bahe-Jachna                  Illinois State Bar Id. No. 6200855
Greenberg Traurig, LLP               *Attorneys for Defendant CB Richard Ellis, Inc.*
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Fax: (312) 456-8435
baher@gtlaw.com

| | |
|---|---|
| Dated this 12th day of May, 2010 | /s/Allen C. Schlinsog, Jr. |
| Allen C. Schlinsog, Jr. | WI State Bar ID No. 1025656 |
| Reinhart Boerner Van Deuren s.c. | *Attorneys for Defendant CB Richard Ellis, Inc.* |
| 1000 N. Water Street, Suite 1700 | |
| Milwaukee, WI 53202-3186 | |
| Telephone: (414) 298-1000 | |
| Fax: (414) 298-8097 | |
| Mailing Address: | |
|    P.O. Box 2965 | |
|    Milwaukee, WI 53201-2965 | |

Defendant CB Richard Ellis, Inc. hereby consents to the substitution of Greenberg Traurig, LLP and Reinhart Boerner Van Deuren s.c. for Seyfarth Shaw, LLP and Littler Mendelson, PC as its counsel in this action.

Dated this 12th day of May, 2010   By: /s/Barbara Endoy
                                                  Barbara Endoy, Senior Counsel
                                                CB Richard Ellis, Inc.

*CHI 59,623,227*