UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**JOHN RULLI,** on behalf of himself
and all others similarly situated,

        Plaintiffs,

        v.        Case No. 09-CV-00289

**CB RICHARD ELLIS, INC.,**        Honorable Judge Patricia J. Gorence
a Foreign Corporation,

        Defendant.

## [PROPOSED] ORDER
## FOR SUBSTITUTION OF COUNSEL

    Based upon the Request and Consent for Substitution of Counsel:

    IT IS HEREBY ORDERED that the law firms of Greenberg Traurig, LLP and Reinhart Boerner van Deuren s.c. be and hereby are substituted as attorneys of record for Defendant C.B. Richard Ellis, Inc. in this action in place of Seyfarth Shaw, LLP and Littler Mendelson, PC.

Dated this _____ day of May, 2010.

        BY THE COURT:

        _____
        U.S. District Court Magistrate Judge

*CHI 59,623,227*