UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN RULLI,

    Plaintiff,

v.      Case No. 2:09-cv-00289 PJG

CB RICHARD ELLIS INC.,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that we appear for defendant CB Richard Ellis Inc. in this action. We request that copies of all notices and other papers in this action be served upon us at the address below.

Dated this 13th day of May, 2010.

    s/ Allen C. Schlinsog, Jr.
    Allen C. Schlinsog, Jr.
    WI State Bar ID No. 1025656
    aschlinsog@reinhartlaw.com
    Attorneys for CB Richard Ellis Inc.
    Reinhart Boerner Van Deuren s.c.
    1000 North Water Street, Suite 1700
    Milwaukee, WI 53202
    Telephone: 414-298-1000
    Facsimile: 414-298-8097

REINHART\3568979