# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

JOHN RULLI,
on behalf of himself and all
others similarly situated

    Plaintiffs,

v.                                                       Case No. 09-C-289

CB RICHARD ELLIS INC.,

    Defendant.

# ORDER

On June 23, 2010, this court conducted a telephone status conference in this case. The plaintiff and opt-in plaintiffs appeared by Attorney Larry Johnson and the defendant appeared by Attorneys Allen C. Schlinsog, Jr., Michael D. Karpeles and Ruth A. Bahe-Jachna. Based on the discussion at the hearing, the court enters the following order,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The defendant shall provide the national class list to the plaintiffs by **July 24, 2010**.

2. The discovery relating to the Wisconsin putative class members shall be completed by **October 1, 2010**.

3. The defendant's motion for decertification of the Wisconsin putative class members, together with its brief, shall be filed no later than **October 15, 2010**.

4. The plaintiffs response to the defendant's motion for decertification of the Wisconsin putative class members shall be filed no later than **November 6, 2010**.

5. The defendant shall file its reply brief to its motion no later than **November 21, 2010**.

6. The parties shall appear for a telephone status conference on **December 9, 2010, at 2:00 p.m.** The court will initiate the conference call.

Dated at Milwaukee, Wisconsin, this 25th day of June, 2010.

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge

P:\Transfer\PJG\Rulli vs CB Richard Ellis 08C289 6-23-10 Order.wpd -2-

Case 2:09-cv-00289-PJG   Filed 06/25/10   Page 2 of 2   Document 55