# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)

| | |
|---|---|
| JOHN RULLI, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:09-cv-00289-PJG |
| v. | ) ) Honorable Judge Patricia J. Gorence |
| CB RICHARD ELLIS, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

This matter came before the Court on the Joint Motion of the parties to modify the Court's June 25, 2010 Order regarding scheduling. For good cause shown, it is hereby ORDERED that:

1. Discovery relating to the Wisconsin putative class members shall be completed by **November 1, 2010**.

2. Defendant's motion for decertification of the Wisconsin putative class, together with its brief, shall be filed no later than **November 16, 2010**.

3. Plaintiffs' response to Defendant's motion for decertification of the Wisconsin putative class shall be filed no later than **December 7, 2010**.

4. Defendant shall file its reply brief on its motion no later than **December 21, 2010**.

5. The parties shall appear for a telephonic status conference on **January 19, 2011 at 2:30 p.m**. to address the status of the motion for decertification of the Wisconsin putative class and whether and when Plaintiff may file a motion for conditional certification of a national class. The court will initiate the conference call.

ENTERED this 26th day of August, 2010.

                                                           s/Patricia J. Gorence
                                                           PATRICIA J. GORENCE
                                                           United States Magistrate Judge