IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **JOHN RULLI,** on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 09-cv-00289 |
| **CB RICHARD ELLIS, INC.,** a Foreign Corporation, | ) ) ) | Honorable Judge Patricia J. Gorence |
| Defendant. | ) ) | |

**DEFENDANT'S APPENDIX OF UNPUBLISHED AUTHORITIES
FILED IN SUPPORT OF THEIR MOTION FOR DECERTIFICATION
OF THE WISCONSIN CONDITIONAL CLASS AND ITS
<u>MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR DECERTIFICATION</u>**

1. *Adair v. Wisconsin Bell, Inc.*,
   2008 WL 2690716, at *1 (E.D. Wis. July 2, 2008)

2. *Basco v. Wal-Mart Stores, Inc.*, No. Civ.A. 00-3184, 2004 WL 1497709 (E.D. La. July 2, 2004)

3. *Bunyan v. Spectrum Brands, Inc.*, No. 07-CV-0089-MJR, 2008 WL 2959932, *2 (S.D. Ill. July 31, 2008)

4. *Diaz v. Elec. Boutique of America*,
   2005 WL 2654270, at *3-*5 (W.D.N.Y. Oct. 17, 2005)

5. *Gatewood v. Koch Foods of Mississippi, LLC*,
   No. 07-82, 2009 U.S. Dist. LEXIS 113896 (S.D. Miss. Oct. 20, 2009)

6. *Howard v. Securitas Sec. Serves., USA Inc.*,
   2009 WL 140126, at *3 (N.D. Ill. Jan. 20, 2009)

7. *Johnson v. TGF Precision Haircutters, Inc.*
   2005 WL 1994286 (S.D. Tex. Aug. 17, 2005)

8. *King v. CVS/Caremark Corp.*,
   2008 WL 5973490, at *5 (S.D. Fla. Sept. 11, 2008)

9. *King v. West Corp.*,
   2006 WL 118577, *15 (D. Neb. Jan. 13, 2006)

10. *Lawrence v. City of Philadelphia*,
    2004 WL 945139, *2 (E.D. Pa. April 29, 2004)

11. *O'Brien v. Ed Donnelly Enters., Inc.*,
    No. 2006 WL 3483956, at *3 (S.D. Ohio Nov. 30, 2006)

1

12. *Pfaahler v. Consultants for Architects, Inc.*,
    2000 WL 198888, at *2 (N.D. Ill. Feb. 8, 2000)

13. *Ray v. Motel 4 Operating, Ltd. P'ship*,
    1996 WL 938231, at *3 (D. Minn. Mar. 18, 1996)

14. *Threatt v. CRF First Choice, Inc.*,
    2006 WL 2054372, at *5 (N.D. Ind. July 21, 2006)

15. *Williams v. Cargill Meat Solutions Corp.*,
    2010 WL 2643405, at *1 (E.D. Wis. June 30, 2010)

16. *Wombles v. Title Max of Alabama, Inc.*,
    2005 WL 3312670, at *2 (M.D. Ala. Dec. 7, 2005)

Dated March 18, 2011

          Respectfully submitted,

          **CB RICHARD ELLIS, INC**.

          By:  /s/ Ruth A. Bahe-Jachna_____
               One of Its Attorneys

          Michael D. Karpeles
          Ruth A. Bahe-Jachna
          Matthew F. Prewitt
          **GREENBERG TRAURIG, LLP**
          77 West Wacker Drive, Suite 3100
          Chicago, IL  60601
          Telephone:  (312) 456-8400
          Fax:  (312) 456-8435
          karpelesm@gtlaw.com
          baher@gtlaw.com
          prewittm@gtlaw.com

          Allen C. Schlinsog, Jr.
          **REINHART BOERNER VAN DEUREN, S.C.**
          1000 North Water Street, Suite 2100
          P.O. Box 2965
          Milwaukee, WI  53202-6650
          Telephone:  (414) 298-1000
          Fax:  (414) 298-8097
          aschlins@reinhartlaw.com