IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN RULLI, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CB RICHARD ELLIS, INC.,<br><br>    Defendant. | Case No. 2:09-cv-00289-PJG<br><br>Honorable Judge Patricia J. Gorence |

## DECLARATION OF RUTH A. BAHE-JACHNA
## IN SUPPORT OF DEFENDANT CB RICHARD ELLIS, INC.'S
## MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR DECERTIFICATION

Ruth A. Bahe-Jachna states as follows:

1. I am an attorney admitted to practice in the State of Illinois. I am one of the attorneys for CB Richard Ellis, Inc. ("CBRE") in this case and have been admitted to appear *pro hac vice* in this matter. I have personal knowledge of the facts set forth below and could and would testify competently as to the truth of such facts if called upon to do so.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the October 5, 2010 deposition of John Rulli.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the October 6, 2010 deposition of Mark Gruszkowski.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts from the December 2, 2010 deposition of Amos Cook.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the December 4, 2010 deposition of Gary Gless.

6. Attached hereto as Exhibit 5 are true and correct copies of excerpts from the October 7, 2010 deposition of Dennis Thorne.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts from the December 13, 2010 deposition of Christopher Dunn.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the October 15, 2010 deposition of Julius Lacey.

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the December 3, 2010 deposition of David Schaefer.

10. Attached hereto as Exhibit 9 are true and correct copies of excerpts from the November 29, 2010 deposition of Joe Rodriguez.

11. Attached hereto as Exhibit 10 are true and correct copies of excerpts from the October 19, 2010 deposition of Steven Pedersen.

12. Attached hereto as Exhibit 11 are true and correct copies of excerpts from the December 15, 2010 deposition of Rick Ver Kuilen.

13. Attached hereto as Exhibit 12 are true and correct copies of excerpts from the January 20, 2011 deposition of Melissa Ulm.

14. Attached hereto as Exhibit 13 are true and correct copies of excerpts from the January 31, 2011 deposition of Christy Kruegel.

15. Attached hereto as Exhibit 14 are true and correct copies of excerpts from the February 9, 2011 deposition of Karen Derdoski.

16. Attached hereto as Exhibit 15 are true and correct copies of excerpts from the February 11, 2011 deposition of Margaret Lang.

The undersigned certifies under penalty of perjury pursuant to the laws of the State of Wisconsin that the statements set forth herein are true and correct.

Dated: March 18, 2011.

/s/ Ruth A. Bahe-Jachna

Ruth A. Bahe-Jachna