IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JOHN RULLI**, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 09-cv-00289<br>) |
| **CB RICHARD ELLIS, INC.**, | ) Honorable Judge Patricia J. Gorence<br>) |
| Defendant. | )<br>)<br>) |

## FINAL JUDGMENT OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Pursuant to Rule 54 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, and upon the Stipulated Request for Dismissal of Lawsuit With Prejudice filed by Plaintiffs John Rulli, Mark Gruszkowski, Amos Cook, Gary Gless, Steven Pedersen, David Schaefer, Dennis Thorne, Julius Lacey, Chris Dunn, Joe Rodriguez, Shelby Owens, and Ted Martin (collectively, "Plaintiffs") and Defendant CB Richard Ellis, Inc. ("CBRE") (together, Plaintiffs and CBRE are referred to herein as the "Parties"), this Court hereby orders and adjudges that this case is dismissed with prejudice, all Parties to bear their own costs.

_____, 2011

ENTER:

_____
The Honorable Patricia J. Gorence