# United States District Court

## EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

JOHN RULLI, on behalf of himself
and all others similarly situated,

      Plaintiffs,

      v.                     CASE NUMBER: 09-C-289

CB RICHARD ELLIS, INC.,

      Defendant.

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED, pursuant to Rule 54 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, and upon the Stipulated Request for Dismissal of Lawsuit With Prejudice filed by Plaintiffs John Rulli, Mark Gruszkowski, Amos Cook, Gary Gless, Steven Pedersen, David Schaefer, Dennis Thorne, Julius Lacey, Chris Dunn, Joe Rodriguez, Shelby Owens, and Ted Martin (collectively, "Plaintiffs") and Defendant CB Richard Ellis, Inc. ("CBRE") (together, Plaintiffs and CBRE are referred to herein as the "Parties"), this Court hereby orders and adjudges that this case is dismissed with prejudice, all Parties to bear their own costs.

September 8, 2011
_____
Date

Jon Sanfilippo
_____
Clerk

s/M. Murawski
_____
(By) Deputy Clerk

Approved this 8th day of September, 2011

s/Patricia J. Gorence
_____
Patricia J. Gorence, U.S. Magistrate Judge